# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MARINER HEALTH CENTRAL, INC., *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 22-10877 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket 76** |
| MARINER HEALTH CENTRAL, INC., PARKVIEW HOLDING COMPANY GP, LLC, AND PARKVIEW OPERATING COMPANY, LP,<br><br>      Plaintiffs.<br><br>v.<br><br>FILIMON ARZETA, *et al.*<br><br>      Defendants | Adv. Pro. No. 22-50418 (LSS) |
| MARINER HEALTH CENTRAL, INC., PARKVIEW HOLDING COMPANY GP, LLC, AND PARKVIEW OPERATING COMPANY, LP,<br><br>      Plaintiffs.<br><br>v.<br><br>UNITED STATES OF AMERICA ex rel. INTEGRA MED ANALYTICS LLC,<br><br>      Defendant. | Adv. Pro. No. 22-50419 (LSS) |

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

| MARINER HEALTH CENTRAL, INC., PARKVIEW HOLDING COMPANY GP, LLC, AND PARKVIEW OPERATING COMPANY, LP, | |
|---|---|
| Plaintiffs. | Adv. Pro. No. 22-50420 (LSS) |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Defendant. | |

## ORDER GRANTING MOTION TO TRANSFER VENUE OF BANKRUPTCY CASES TO THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

For the reasons set forth at the hearing:

(1) the *Motion to Transfer Venue of Bankruptcy Cases to the United States Bankruptcy Court for the Northern District of California, Oakland Division* *[Docket No. 76]* is **GRANTED**.

(2) The transfer includes the three main bankruptcy cases as well as all related adversary proceedings.

Dated: October 25, 2022

*Laurie Selber Silverstein*
Laurie Selber Silverstein
United States Bankruptcy Judge