Maxim B. Litvak (SBN 215852)
**PACHULSKI STANG ZIEHL & JONES LLP**
One Sansome Street, Suite 3430
San Francisco, CA 94104
Telephone: 415.263.7000
Email: mlitvak@pszjlaw.com

Hamid R. Rafatjoo (SNB 181564)
**RAINES FELDMAN LLP**
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: 310.440.4100
Facsimile: 310.691.1367
Email: hrafatjoo@raineslaw.com

Carollynn H.G. Callari (*pro hac vice*)
David S. Forsh (*pro hac vice*)
**RAINES FELDMAN LLP**
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019
Telephone: 917.790.7100
Email: ccallari@raineslaw.com
        dforsh@raineslaw.com

*Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al.*,[1] | Case No. 4:22-bk-41079-WJL |
| Debtors. | (Jointly Administered) |
| | **FIRST MONTHLY FEE STATEMENT OF RAINES FELDMAN LLP, AS COUNSEL FOR THE DEBTORS, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 19, 2022 THROUGH SEPTEMBER 30, 2022** |
| | The Hon. William J. Lafferty III |
| | **Objection Deadline: November 25, 2022** |

---

[1] The Debtors, along with the last four digits of each Debtors' tax identification number, are: Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating

1

| Name of Applicant: | Raines Feldman LLP |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective September 19, 2022 pursuant to Order dated October 24, 2022 [Dkt. No. 142] |
| Period for which Compensation and Reimbursement is Sought: | September 19, 2022 – September 30, 2022[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $87,223.60 (80% of $109,029.50) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $78.86 |

| Debtor[3] | Compensation | Expenses | Total |
|---|---|---|---|
| Consolidated (Matter No. 001) | $106,612.50 | $78.86 | $106,691.36 |
| Mariner Health Central, Inc. (Matter No. 002) | $0.00 | $0.00 | $0.00 |
| Parkview Operating Company, LP (Matter No. 003) | $2,417.00 | $0.00 | $2,417.00 |
| Parkview Holding Company GP, LLC (Matter No. 004) | $0.00 | $0.00 | $0.00 |
| TOTALS: | $109,029.50 | $78.86 | $109,108.36 |

## PRELIMINARY STATEMENT

On September 19, 2022 (the **"Petition Date"**), the Debtors commenced these chapter 11 cases by filing petitions for relief under chapter 11 of the Bankruptcy Code in the District of

---

Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

[2] The Applicant reserves the right to include any time expended in the time period indicted above in future application(s) if it is not included therein.

[3] Raines Feldman LLP set up time entries and billing for these matters so that all Debtors were designated and assigned a specific Matter No. indicating for which of the 3 cases the work was done. Where Raines Feldman LLP did work that benefited all 3 cases, time was billed to a consolidated Matter No., time billed to the consolidated matter will be equally billed between the 3 cases. Raines Feldman LLP incurred $106,612.50 in fees and $78.86 in costs for the consolidated matter, making each Debtors' share approximately $35,537.50 in fees and $26.28 in costs.

Delaware (the **"Delaware Bankruptcy Court"**). The Debtors are currently Debtors in Possession under Sections 1107 and 1108 of the Bankruptcy Code.

On September 21, 2022, the Court entered an order authorizing the joint administration of the Debtors' cases for procedural purposes [Dkt. No. 31].

On October 3, 2022, the Debtors filed an *Application for Entry of an Order Authorizing Retention and Employment of Raines Feldman LLP as Attorneys for the Debtors Effective as of the Petition Date* ("**Retention Application**") [Dkt. No. 60]. On October 24, 2022, the Court entered an *Order Authorizing Retention and Employment of Raines Feldman LLP as Attorneys for the Debtors Effective as of the Petition Date* (the "**Retention Order**") [Dkt. No. 142].

On October 3, 2022, the Debtors filed a *Motion for an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 64]. On October 24, 2022, the Court entered an *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* ("**Compensation Procedures Order**") [Dkt. No. 145].

On October 7, 2022, the Office of the U.S. Trustee appointed an Official Committee of Unsecured Creditors [Dkt. No. 83].

On October 25, 2022, the Delaware Bankruptcy Court transferred these cases to the Northern District of California, Oakland Division [Dkt. No. 160].

Raines Feldman LLP ("**RF**" or "**Applicant**"), as counsel to the Debtors hereby submits its first monthly fee statement (the "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing September 19, 2022 through and including September 30, 2022 (the "**Fee Period**") pursuant to the Compensation Procedures Order.[4]

By this Monthly Fee Statement, RF seeks (i) a monthly interim allowance of compensation in the amount of $109,029.50 and actual and necessary expenses in the amount of $78.86 for a total allowance of $109,108.36; and (ii) payment of $87,223.60 (80% of the

---

[4] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Compensation Procedures Order.

3

allowed fees pursuant to the Compensation Procedures Order) and reimbursement of $78.86 (100% of the allowed expenses pursuant to the Compensation Procedure Order) for a total payment of $87,302.46 for the Fee Period.

## SERVICES RENDERED AND DISBURSEMENTS INCURRED DURING THE COMPENSATION PERIOD

Attached as **Exhibit 1** is the name of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Monthly Fee Statement and the hourly rate and total fees for each professional from September 19, 2022 through and including September 30, 2022.

Attached as **Exhibit 2** is a summary of hours by category during the Fee Period from September 19, 2022 through and including September 30, 2022.

Attached as **Exhibit 3** is a summary of expenses included in this Monthly Fee Statement from September 19, 2022 through and including September 30, 2022.

Attached as **Exhibit 4** are the detailed time entries from September 19, 2022 through and including September 30, 2022.

## NOTICE AND OBJECTION PROCEDURES

In accordance with the Compensation Procedures Order, each Notice Party will have 21 days after service of this Monthly Fee Statement to review the request (the "**Review Period**"). If any party wishes to object to this Monthly Fee Statement, the objecting party shall serve a written notice ("**Notice of Objection**") so that it is received by the end of the Review Period (the **"Objection Deadline"**).

Upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement.

///

///

If an objection is properly filed, the Debtors shall be authorized and directed to pay the Applicant 80% of the fees and 100% of the expenses not subject to an objection.

Dated: November 4, 2022         **RAINES FELDMAN LLP**

/s/ Hamid R. Rafatjoo
Hamid R. Rafatjoo
Carollynn H.G. Callari (*pro hac vice*)
David S. Forsh (*pro hac vice*)

*Counsel for the Debtors and Debtors in Possession*

# EXHIBIT 1

## COMPENSATION BY PROFESSIONAL
## SEPTMEB ER 19, 2022 – SEPTEMBER 30, 2022

| Professional | Title | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Hamid R. Rafatjoo | Partner | 945.00 | 22.50 | $21,262.50 |
| Carollynn H.G. Callari | Partner | 745.00 | 51.80 | $38,591.00 |
| David S. Forsh | Partner | 695.00 | 65.70 | $45,661.50 |
| Bambi Clark | Paralegal | 355.00 | 9.90 | $3,514.50 |
| **TOTAL** | | | **149.9** | **$109,029.50** |

**EXHIBIT 2**

**COMPENSATION BY CATEGORY**
**SEPTEMBER 19, 2022 – SEPTEMBER 30, 2022**

| Category | Hours Billed This Period | Total for this Monthly Fee Statement |
|---|---|---|
| B110 – Case Administration | 19.80 | $13,858.00 |
| B130 – Asset Disposition | 0.20 | $189.00 |
| B150 – Meetings and Communications with Creditors | 3.40 | $2,593.00 |
| B160 – Fee Applications/ Objections | 0.50 | $432.50 |
| B170 – Employment Applications / Objections | 30.10 | $21,134.50 |
| B185 – Assumption / Rejection Leases | 0.60 | $547.00 |
| B190 – Other Contested Matters / Omnibus Hearings | 33.10 | $25,704.50 |
| B200 – Adversary Actions | 27.20 | $19,379.00 |
| B205 – State Court Matters | 10.50 | $7,417.50 |
| B210 – Business Operations | 21.70 | $16,106.50 |
| B220 – Employee Benefits | 1.10 | $769.50 |
| B235 – Financial Filings | 1.30 | $520.50 |
| B310 – Claims Administration and Objections | 0.40 | $378.00 |
| **TOTAL** | **149.9** | **$109,029.50** |

# EXHIBIT 3

**EXPENSES BY CATEGORY**
**SEPTEMBER 19, 2022 – SEPTEMBER 30, 2022**

| Cost/Expense | Amount Billed |
|---|---:|
| Copies of Pleadings (ECourt) | $33.00 |
| Federal Express | $45.86 |
| **Total:** | **$78.86** |

# EXHIBIT 4

**TIME DETAIL ENTRIES**
**SEPTEMBER 19, 2022 – SEPTEMBER 30, 2022**



1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Federal Tax ID: 20-4515337

**Invoice Date:** 11/3/2022
**Invoice Number:** 102395

Mariner Health Central, Inc.
Devin Ehrlich
3060 Mercer University Drive
Suite 200
Atlanta, GA 30341

**5430-001 / Consolidated - Post-Petition**

| Professional Services | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/19/2022 | BC | B110 | Research and respond to various e-mails regarding service of First Day Motions. | 1.20 | 355.00 | 426.00 |
| 09/19/2022 | CHC | B110 | Review PSZJ and KCC comms regarding filed status (.10); review KCC website (.10); Preparation of emails regarding filed cases and associated case information to client and team and reply to questions regarding same (.20); Review comments to matrix motion, analysis, and revise same (.30), Comms with HRR and PSZJ team regarding same (.20). | 0.90 | 745.00 | 670.50 |
| 09/19/2022 | DSF | B110 | Draft vendor communications (1.5). | 1.50 | 695.00 | 1,042.50 |
| 09/19/2022 | HRR | B110 | Telephone call with D Ehrlich regarding open issues (.10); and telephone call with L Perkins regarding same (.30). | 0.40 | 945.00 | 378.00 |
| 09/19/2022 | HRR | B110 | Review and analyze memo regarding frequently asked questions. | 0.10 | 945.00 | 94.50 |
| 09/19/2022 | HRR | B110 | Telephone call with counsel regarding case issues (.20); and telephone call with financial advisory firm regarding same (.60). | 0.80 | 945.00 | 756.00 |
| 09/20/2022 | BC | B110 | Begin preparation of Amended Master Mailing Matrix | 2.00 | 355.00 | 710.00 |
| 09/20/2022 | BC | B110 | Prepare master contact list. | 1.00 | 355.00 | 355.00 |
| 09/20/2022 | CHC | B110 | Review various team emails regarding pending matters and consider implications (.20); Call with C.Barbarosh counsel regarding background (.20). T/c with M.Callaway regarding UST comments to first-day orders (.10); Review and sign off on final changes to orders that resolve UST comments (.20); Comms with team regarding same (.10); Call with HRR regarding first-day hearings (.30), Comms with B.Clark regarding information for same (.20). | 1.30 | 745.00 | 968.50 |
| 09/20/2022 | DSF | B110 | Attention to open issues | 0.50 | 695.00 | 347.50 |
| 09/20/2022 | HRR | B110 | Telephone call with C Callari and Katten regarding case issues. | 0.30 | 945.00 | 283.50 |

Case: 22-41079   Doc# 181   Filed: 11/04/22   Entered: 11/04/22 15:43:45   Exhibit Page 10 of 19

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/21/2022 | DSF | B110 | Conference call with client, SCP, RF teams re open issues and followup (1.0); Draft summary of first day motion and permissible payments (0.7). | 1.70 | 695.00 | 1,181.50 |
| 09/22/2022 | DSF | B110 | Attention to open issues (0.5). | 0.50 | 695.00 | 347.50 |
| 09/22/2022 | DSF | B110 | Attention to open issues | 0.30 | 695.00 | 208.50 |
| 09/22/2022 | HRR | B110 | Review and analyze emails regarding open issues. | 0.50 | 945.00 | 472.50 |
| 09/23/2022 | HRR | B110 | Review and analyze emails regarding various admin issues (.20); and telephone call with B Clark regarding same (.10) | 0.30 | 945.00 | 283.50 |
| 09/24/2022 | DSF | B110 | Attention to open issues. | 0.40 | 695.00 | 278.00 |
| 09/26/2022 | CHC | B110 | Review KCC and B.Clark emails regarding mailing matrix | 0.10 | 745.00 | 74.50 |
| 09/27/2022 | CHC | B110 | Review and analysis of unconsolidated cash forecasts, and comms with SCP and D.Forsh regarding same | 1.00 | 745.00 | 745.00 |
| 09/27/2022 | HRR | B110 | Telephone call with L Perkins regarding open issues and how to proceed (.20); telephone call with C. Callari regarding same (.10); and Review, analyse and address issues regarding same. (.50) | 0.80 | 945.00 | 756.00 |
| 09/28/2022 | CHC | B110 | Preparation for and call with team, SCP and client regarding various open tasks and issues (.5); Preparation for and call with LDJ regarding various pending matters (.3) | 0.80 | 745.00 | 596.00 |
| 09/28/2022 | CHC | B110 | Calls with D.Forsh regarding various pending case matters and tasks | 0.40 | 745.00 | 298.00 |
| 09/28/2022 | DSF | B110 | Communicate with D. Ehrlich re creditor issues. | 1.00 | 695.00 | 695.00 |
| 09/28/2022 | HRR | B110 | Telephone call with K Owens regarding committee issues (.10); telephone call with P. Huygens regarding same (.10); telephone call with D Ehrlich regarding same (.20); telephone call with L Perkins regarding same (.10); and Review and analyze issues regarding same (.20). | 0.70 | 945.00 | 661.50 |
| 09/29/2022 | HRR | B110 | Telephone call with C Callari regarding status of the case and how to proceed (.20); and Review and analyze issues regarding same (.20). | 0.40 | 945.00 | 378.00 |
| 09/30/2022 | HRR | B110 | Telephone call with C Callari regarding status of the case and open issues (.20); telephone call with L Perkins regarding same (.10); and Review and analyze emails regarding same (.20). | 0.50 | 945.00 | 472.50 |
| | | | | **B110** | | **13,480.00** |
| 09/20/2022 | CHC | B150 | Review UST and LDJ comms regarding initial debtor interview and information requests, et al (.10); Comms to client regarding same (.10). | 0.20 | 745.00 | 149.00 |
| 09/29/2022 | HRR | B150 | Review and analyze emails and attachments regarding IDI (.20); and telephone call with C Callari regarding same (.10). | 0.30 | 945.00 | 283.50 |
| 09/30/2022 | CHC | B150 | Review responses provided by SCP to UST IDI request (.3), Call with A.Shamsi and M.Merzoug regarding same (.5); Call with HRR and L.Perkins regarding same, (.2); Call with M.Caloway regarding timing for response to UST (.1) | 1.10 | 745.00 | 819.50 |

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/30/2022 | CHC | B150 | Various comms with working group regarding responding to UST IDI request and schedule for Tuesday's interview, Analysis, and prepare IDI responsive documents for submission to UST, prepare email to UST office regarding same (1.0) | 1.80 | 745.00 | 1,341.00 |
| | | **B150** | | | | **2,593.00** |
| 09/29/2022 | CHC | B160 | Review draft interim comp pleadings and comment on same (.10); Comms with M.Caloway regarding same (.10). | 0.20 | 745.00 | 149.00 |
| 09/30/2022 | HRR | B160 | Review and analyze interim comp motion (.20); and telephone call with C Callari regarding same (.10) | 0.30 | 945.00 | 283.50 |
| | | **B160** | | | | **432.50** |
| 09/19/2022 | BC | B170 | Prepare Application to Employ Raines Feldman. | 2.00 | 355.00 | 710.00 |
| 09/19/2022 | DSF | B170 | Review and revise RF retention application. | 2.20 | 695.00 | 1,529.00 |
| 09/20/2022 | DSF | B170 | Further review re RF retention application. | 2.50 | 695.00 | 1,737.50 |
| 09/22/2022 | CHC | B170 | Comms with J.Winters regarding Katten retention papers | 0.10 | 745.00 | 74.50 |
| 09/23/2022 | CHC | B170 | Comms with R.Shenfeld regarding SCP retention app | 0.10 | 745.00 | 74.50 |
| 09/25/2022 | HRR | B170 | Review and analyze emails regarding SCP employment application. | 0.10 | 945.00 | 94.50 |
| 09/26/2022 | DSF | B170 | Attention to open issues (0.5); Respond to K. Tabler re interim wages authorizations (0.3). | 0.80 | 695.00 | 556.00 |
| 09/26/2022 | DSF | B170 | Conference call with client, RF and SCP teams re cash flow projections. | 1.00 | 695.00 | 695.00 |
| 09/26/2022 | HRR | B170 | Review, analyze and respond to email regarding SCP employment application. | 0.10 | 945.00 | 94.50 |
| 09/26/2022 | HRR | B170 | Review and analyze retention issues for various professionals. | 0.40 | 945.00 | 378.00 |
| 09/27/2022 | CHC | B170 | Comms with HRR regarding RF and SCP retention matters (.10), Review SCP disclosures, analysis (.20); Preparation for and call with R.Shenfeld regarding SCP retention (.2) Comms with D.Forsh and K.Tabler regarding ordinary course professionals (.3) | 0.80 | 745.00 | 596.00 |
| 09/27/2022 | HRR | B170 | Review, analyze and revise Raines Feldman employment application. | 0.90 | 945.00 | 850.50 |
| 09/28/2022 | CHC | B170 | Review, analysis and revise SCP retention papers (2.0); Various calls with L.Perkins, HRR, and R.Shenfeld regarding same (.7); Review HRR comments to same, analysis, and revise SCP retention (.7) | 3.40 | 745.00 | 2,533.00 |
| 09/28/2022 | DSF | B170 | Revise OCP motion for comments received. | 0.40 | 695.00 | 278.00 |
| 09/28/2022 | DSF | B170 | Emails with D. Ehrlich re ordinary course professionals motion and followup. | 0.20 | 695.00 | 139.00 |
| 09/29/2022 | BC | B170 | Revise Application to Employ Raines Feldman | 1.00 | 355.00 | 355.00 |
| 09/29/2022 | CHC | B170 | Review recent precedent pleadings regarding SCP engagement, analysis and revise SCP retention papers accordingly (4.4); Call w L.Perkins regarding same (.1); Call with M.Merzoug regarding same (.1) Call with R.Shenfeld regarding same (.2) | 4.80 | 745.00 | 3,576.00 |

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/29/2022 | CHC | B170 | Review, analysis and revise RF retention papers (2.5); Call with HRR regarding retention issues (.2); Communication to HRR and B.Clark regarding same (.1) | 2.80 | 745.00 | 2,086.00 |
| 09/29/2022 | CHC | B170 | Comms with D.Forsh regarding OCP motion (.10); Comms with B.Clark, et al regarding notice requirements for applications (.10); Comms with J.Winters regarding Katten application (.10). | 0.30 | 745.00 | 223.50 |
| 09/29/2022 | HRR | B170 | Review, analyze and revise RF employment application (.40); Review, analyze and revise SCP employment application (.40); Review and analyze PSZJ employment application (.20); Review, analyze and respond to emails regarding same (.10); and telephone call with B Clark regarding same (.10). | 1.20 | 945.00 | 1,134.00 |
| 09/30/2022 | BC | B170 | Revise and Finalize Application to Employ Raines Feldman. | 1.00 | 355.00 | 355.00 |
| 09/30/2022 | BC | B170 | Finalize Application to Employ SierraConstellation Partners. | 0.50 | 355.00 | 177.50 |
| 09/30/2022 | CHC | B170 | Comms with B.Clark and HRR regarding RF retention application, review, analyze and revise same per comments received, review final for approval (.8) Comms with R.Shenfeld, et al regarding open items for SCP retention applications, review final for approval, comms with B.Clark regarding final revisions (.7) | 1.50 | 745.00 | 1,117.50 |
| 09/30/2022 | CHC | B170 | Review, analyze and comment on Katten retention papers (.10), communications with J.Winters regarding same (.10). | 0.50 | 745.00 | 372.50 |
| 09/30/2022 | HRR | B170 | Review, analyze and respond to emails regarding various retention issues. | 0.10 | 945.00 | 94.50 |
| | | | | **B170** | | **19,831.50** |
| 09/19/2022 | CHC | B190 | Comms with LDJ regarding Court inquiry regarding scheduling first-day hearings (.20), Emails with L.Perkins, HRR, et al regarding same (.10); Comms with LDJ, et al, regarding UST comments to first-days (.10), review UST comments and relevant pleadings and note to team regarding proposed responses to same (.60); Comms to client regarding certain UST questions (.20); Call with LDJ, HRR, T.Fox et al regarding first days (.40); Review, analysis of first-day declaration, complaints and motion to lift stay in preparation of hearings and begin outline and comms with team regarding questions on same (3.3); Review LDJ comments to proposed response to UST, analysis and prepare response (.20); Review, analysis and revise proposed Utility order per comments received, Comms to PSZJ and team regarding same (.50) Review K.Tabler information regarding inter-co transfers to respond to UST, Comms to PSZJ regarding same; Comms regarding adding UST as notice party to insurance (.20); Comms with C.Barbarosh counsel, comms with LDJ and L.Perkins, et al regarding first-day hearing matters (.20) | 6.00 | 745.00 | 4,470.00 |
| 09/19/2022 | DSF | B190 | Emails with L. Jones, C. Callari, others re first day relief and hearing issues (0.5); Call with D. Ehrlich and followup (0.3). | 0.80 | 695.00 | 556.00 |
| 09/19/2022 | HRR | B190 | Review, analyze and respond to emails regarding first day issues (.60); Review, analyse and address issues regarding same (.30); and telephone call with B Clark regarding service list (.10) | 1.00 | 945.00 | 945.00 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/19/2022 | HRR | B190 | Telephone call with L. Jones, T Fox et al regarding first day motions (.40); and Emails regarding same (.10) | 0.50 | 945.00 | 472.50 |
| 09/19/2022 | HRR | B190 | Review and analyze revised orders (.20); and Review, analyze and respond to emails regarding same (.20). | 0.40 | 945.00 | 378.00 |
| 09/20/2022 | CHC | B190 | Preparing outline for first-day hearings including review of all relevant motions & documents and follow up on questions identified (7.8); Review agenda notice (.10). | 7.90 | 745.00 | 5,885.50 |
| 09/20/2022 | DSF | B190 | Conference call with C. Callari, H. Rafatjoo, L. Perkins, M. Merzoug re first day hearing and followup (1.0); Prepare for first day hearing (2.3). | 3.30 | 695.00 | 2,293.50 |
| 09/20/2022 | HRR | B190 | Telephone call with C Callari regarding first day hearing and how to proceed. | 0.30 | 945.00 | 283.50 |
| 09/20/2022 | HRR | B190 | Review, analyse and address various issues regarding first day hearing. | 1.40 | 945.00 | 1,323.00 |
| 09/21/2022 | CHC | B190 | Prep for hearings (1.0); handle first-day hearings via Zoom (2.0); follow up comms with team and client, Call with D.Ehrlich (.4); Review hearing notes and comms with LDJ and M.Caloway et al regarding revisions needed to first-day orders, review, analyze and revise proposed utility order (.7); prep for call with client re hearing update (.2); call with team, SCP and client re update from hearing, issues and next steps (.8) | 5.10 | 745.00 | 3,799.50 |
| 09/21/2022 | DSF | B190 | Prepare for and attend first day hearing (3.0). | 3.00 | 695.00 | 2,085.00 |
| 09/21/2022 | HRR | B190 | Participate in first day hearings (2.0); telephone call with C Callari regarding same (.10_; telephone call with L Perkins regarding same (.20); and Analyze issues regarding same and how to proceed (.30). | 2.60 | 945.00 | 2,457.00 |
| 09/21/2022 | HRR | B190 | Telephone call with working group regarding first day hearing; open issues and how to proceed. | 0.80 | 945.00 | 756.00 |
| | | | | B190 | | 25,704.50 |
| 09/19/2022 | CHC | B200 | Preparation for and call with D.Forsh regarding stay related pleadings and DIP, email to D.Ross regarding same (.80) Call with D.Ross regarding same, prepare notes for hearing regarding same (.30); Comms with PSZJ team regarding litigant service, comms with B.Clark and D.Forsh regarding same (.40) | 1.50 | 745.00 | 1,117.50 |
| 09/19/2022 | DSF | B200 | Emails with C. Callari, B. Clark, KCC re first day and adversary proceeding service issues (0.8). | 0.80 | 695.00 | 556.00 |
| 09/19/2022 | HRR | B200 | Review, analyze and respond to emails regarding adversary actions (.20); and Review and analyze issues regarding same (.40). | 0.60 | 945.00 | 567.00 |
| 09/20/2022 | HRR | B200 | Telephone call with S Kiepen and M. Clark regarding adversary action and how to proceed (.30); Review, analyze and respond to emails regarding same (.20); and Review, analyse and address issues regarding same (.40) | 0.90 | 945.00 | 850.50 |
| 09/22/2022 | DSF | B200 | Emails with M. Calloway re adversary proceeding next steps (0.5). | 0.50 | 695.00 | 347.50 |
| 09/25/2022 | HRR | B200 | Review, analyze and respond to email regarding pending adversary actions. | 0.10 | 945.00 | 94.50 |
| 09/28/2022 | DSF | B200 | Draft stay extension motion and supporting declaration. | 7.70 | 695.00 | 5,351.50 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/28/2022 | DSF | B200 | Draft Owen declaration and motion to extend stay | 6.10 | 695.00 | 4,239.50 |
| 09/30/2022 | DSF | B200 | Emails with K. Owens re Mariner Central structure and operations (0.7); Prepare for and call with D. Ehrlich, S. Keipen re DMFEA action (0.8); Draft Owen declaration and motion to extend stay for Integra adversary proceeding (7.5) | 9.00 | 695.00 | 6,255.00 |
| | | | | B200 | | 19,379.00 |
| 09/19/2022 | DSF | B205 | Email D. Ross, D. Ehrlich regarding adversary proceedings (.20) and draft notice of bankruptcy for filing in state court actions. (.80). | 1.00 | 695.00 | 695.00 |
| 09/20/2022 | CHC | B205 | Call with D.Forsh regarding pending litigation issue (.2); Call with D.Ehrlich regarding various litigation matters, communication with D.Forsh regarding same (.7); Review of various emails from D.Ross and lawyers handling litigations regarding status of filing notices of bankruptcy/stay (.3) | 1.20 | 745.00 | 894.00 |
| 09/20/2022 | DSF | B205 | Draft reservation of rights language re bankruptcy for state court filings (0.5); Emails with D. Ross re Ledesma appeals (0.2); Call with S. Keipen and followup re notice of bankruptcy (0.8); Email D. Ross re AP next steps (0.5) | 2.00 | 695.00 | 1,390.00 |
| 09/21/2022 | DSF | B205 | Emails with D. Ross, S. Keipen, M. Clark re People state court litigation and adversary proceeding | 5.00 | 695.00 | 3,475.00 |
| 09/21/2022 | HRR | B205 | Review and analyze emails and attachment regarding notice of stay. | 0.20 | 945.00 | 189.00 |
| 09/22/2022 | DSF | B205 | Emails with D. Ross and state court counsel re state court litigations and automatic stay. | 0.40 | 695.00 | 278.00 |
| 09/29/2022 | CHC | B205 | Comms with D.Forsh and H.Rafatjoo regarding PSC state litigation "automatic stay" briefing (.2) | 0.20 | 745.00 | 149.00 |
| 09/29/2022 | DSF | B205 | Attention to developments in People state court litigation. | 0.50 | 695.00 | 347.50 |
| | | | | B205 | | 7,417.50 |
| 09/19/2022 | DSF | B210 | Communicate with K. Tabler, M. Merzoug, others re cash flow projections. | 0.50 | 695.00 | 347.50 |
| 09/20/2022 | CHC | B210 | Review SCP and team comms regarding revised budget (.20); Call with HRR, DF and SCP team regarding 13-week update (.50) | 0.70 | 745.00 | 521.50 |
| 09/20/2022 | DSF | B210 | Analyze support for cash flow projections (0.7); Emails with M. Merzoug, A. Shamsi, group re budget (0.4). | 1.10 | 695.00 | 764.50 |
| 09/20/2022 | HRR | B210 | Review, analyze and respond to emails regarding budget (.20); Review and analyze revised budget (.20); telephone call with SCP, C Callari and D Forsh regarding same (.50); and telephone call with L Perkins and C Callari regarding same (.30). | 1.20 | 945.00 | 1,134.00 |
| 09/21/2022 | HRR | B210 | Review and analyze revised budget. | 0.10 | 945.00 | 94.50 |
| 09/22/2022 | CHC | B210 | Various comms with D.Forsh and client regarding operational issues and first-day order questions | 0.40 | 745.00 | 298.00 |
| 09/22/2022 | DSF | B210 | Emails with C. Callari and H. Rafatjoo re cash flow projections (0.8); Call with M. Merzoug re cash flow projections and followup (0.4). | 1.20 | 695.00 | 834.00 |
| 09/22/2022 | DSF | B210 | Communicate with K. Tabler re first day payment authorizations (0.3); Call with D. Ehrlich re vendor issues and followup (0.7). | 1.00 | 695.00 | 695.00 |

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/23/2022 | DSF | B210 | Communicate with M. Merzoug, C. Callari, K. Tabler re case budget and cash flow projections. | 1.20 | 695.00 | 834.00 |
| 09/26/2022 | CHC | B210 | Prep for and call with HRR, DF, SCP regarding Budget issues et al (1.4); Call with D.Forsh regarding financials, including conf in part with K.Tabler regarding same (1.0); Review and analysis of cash flows, Comms to HRR and DF regarding same (1.0). | 3.40 | 745.00 | 2,533.00 |
| 09/26/2022 | DSF | B210 | Review OCP motion and followup. | 0.40 | 695.00 | 278.00 |
| 09/26/2022 | HRR | B210 | Telephone call with working group regarding budget and how to proceed. | 1.30 | 945.00 | 1,228.50 |
| 09/29/2022 | CHC | B210 | Review and analysis of updated 13-week budget, call w D.Forsh regarding same, Comms with same and A.Shamsi regarding same (.9); Conference call with M.Merzoug, A.Shamsi and D.Forsh regarding impact of orders on cash flow (.2) | 1.10 | 745.00 | 819.50 |
| 09/29/2022 | DSF | B210 | Analyze and comment on budget projections. | 1.20 | 695.00 | 834.00 |
| 09/30/2022 | CHC | B210 | Preparation for and calls with A.Shamsi and M.Merzoug regarding cash budgets (.5); Comms with D.Forsh and HRR regarding same (.3); review A.Shamsi comms regarding budget questions, analysis (.3) | 1.10 | 745.00 | 819.50 |
| 09/30/2022 | CHC | B210 | Review further updated 13-week unconsolidated budgets, analysis, Call with D.Forsh regarding same | 0.80 | 745.00 | 596.00 |
| 09/30/2022 | DSF | B210 | Emails with C. Callari re cash projections. | 5.00 | 695.00 | 3,475.00 |
| | | | | **B210** | | **16,106.50** |
| 09/19/2022 | DSF | B220 | Emails with K. Tabler, team re payroll funding requirements (0.2); Communicate with D. Ehrlich, K. Tabler re employee expense reimbursement and first day relief (0.5) | 0.70 | 695.00 | 486.50 |
| 09/21/2022 | DSF | B220 | Emails with C. Callari, M. Caloway, others re Wages order (0.3). | 0.30 | 695.00 | 208.50 |
| 09/26/2022 | CHC | B220 | Review K.Tabler email regarding wage order inquiry, call to LDJ regarding same (.1) | 0.10 | 745.00 | 74.50 |
| | | | | **B220** | | **769.50** |
| 09/26/2022 | HRR | B235 | Telephone call with B Clark regarding schedules and SOFAs. | 0.10 | 945.00 | 94.50 |
| 09/29/2022 | BC | B235 | Conference with SierraConstellation regarding Schedules | 0.40 | 355.00 | 142.00 |
| 09/29/2022 | BC | B235 | Revise Master Mailing Matrix for import of Schedules. | 0.80 | 355.00 | 284.00 |
| | | | | **B235** | | **520.50** |
| 09/21/2022 | HRR | B310 | Review, analyze and respond to emails regarding Ledesma claim (.10); and Analyze issues regarding same (.30). | 0.40 | 945.00 | 378.00 |
| | | | | **B310** | | **378.00** |
| | | | Sub-total Fees: | | | **$106,612.50** |

**Rate Summary**

| | | |
|---|---|---|
| Carollynn H.G. Callari | 51.60 hours at $745.00/hr | $38,442.00 |
| Bambi Clark | 9.90 hours at $355.00/hr | $3,514.50 |
| David Forsh | 65.70 hours at $695.00/hr | $45,661.50 |

| | | | |
|---|---|---|---|
| Hamid R. Rafatjoo | 20.10 hours at $945.00/hr | | $18,994.50 |
| | Total hours: 147.30 | | $106,612.50 |

| Expenses | | Amount |
|---|---|---|
| 09/19/2022 | FedEx: FedEx Priority Overnight, Delivered Sep 10, 2022 - 3 Raes Creek Lane; Invoice # 7-887-01607 | 45.86 |
| 09/21/2022 | Capital One, N.A.: 9/9/2022 - ECOURT PAID RECORDS WEB: Document Download - Copies of pleadings | 33.00 |
| | Sub-total Expenses: | $78.86 |

| | |
|---|---|
| Total Current Billing: | $106,691.36 |
| **Total Now Due:** | **$106,691.36** |

**Payment Terms:** Net 30 days

**Payment Options:**
**Pay Online:**
    **Bill.com**: https://app.bill.com/p/rainesfeldmanllp
    **Credit Card**: https://secure.lawpay.com/pages/rainesfeldman/operating

**Pay by Wire/ACH:**
    Silicon Valley Bank -Boston Private
    Routing No: 011002343
    Account No: 0943497140
    BIC/Swift Code: BPTCUS33
    Client Name & Invoice #

**Pay by Check via Mail**:
    Raines Feldman
    Department 900
    PO Box 4106
    Woburn, MA 01888-4106



1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Federal Tax ID: 20-4515337

Invoice Date: 11/3/2022
Invoice Number: 102338

Mariner Health Central, Inc.
Devin Ehrlich
3060 Mercer University Drive
Suite 200
Atlanta, GA 30341

**5430-003 / Parkview Operating Company, LP - Post Petition**

| **Professional Services** | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/22/2022 | HRR | B110 | Review, analyze and respond to emails regarding patient care ombudsman (.10); telephone call with D Ross regarding same (.10); and Review and analyze issues regarding same (.10). | 0.30 | 945.00 | 283.50 |
| 09/23/2022 | HRR | B110 | Review, analyze and respond to email regarding ombudsman issues. | 0.10 | 945.00 | 94.50 |
| | | | | **B110** | | **378.00** |
| 09/22/2022 | HRR | B130 | Confer with broker regarding sale of facility | 0.20 | 945.00 | 189.00 |
| | | | | **B130** | | **189.00** |
| 09/26/2022 | CHC | B170 | Review HRR, et al comms regarding ombudsman (.1). | 0.10 | 745.00 | 74.50 |
| 09/26/2022 | HRR | B170 | Telephone call with KJ Page regarding patient care ombudsman issues (.20); Research regarding same (.20); and Emails regarding same (.10). | 0.50 | 945.00 | 472.50 |
| 09/27/2022 | HRR | B170 | Review, analyse and address various issues relating to appointment of patient care ombudsman. | 0.60 | 945.00 | 567.00 |
| 09/28/2022 | HRR | B170 | Telephone call with T Fox regarding patient care ombudsman and open issues. | 0.20 | 945.00 | 189.00 |
| | | | | **B170** | | **1,303.00** |
| 09/26/2022 | CHC | B185 | Review HRR and landlord comm regarding lease (.1). | 0.10 | 745.00 | 74.50 |
| 09/26/2022 | HRR | B185 | Telephone call with I Keller regarding lease issues (.20); telephone call with D Ehrlich regarding same (10); and Emails regarding same (.20). | 0.50 | 945.00 | 472.50 |
| | | | | **B185** | | **547.00** |
| | | | Sub-total Fees: | | | $2,417.00 |

**Rate Summary**

| Carollynn H.G. Callari | 0.20 hours at $745.00/hr | $149.00 |
|---|---|---|
| Hamid R. Rafatjoo | 2.40 hours at $945.00/hr | $2,268.00 |

Exhibit 6 Page 18
Page 18 of 19

Case: 22-41079   Doc# 181   Filed: 11/04/22   Entered: 11/04/22 15:43:45

|  |  |
|---|---|
| Total hours: 2.60 | $2,417.00 |

| | |
|---|---|
| Total Current Billing: | $2,417.00 |
| **Total Now Due:** | **$2,417.00** |

**Payment Terms: Net 30 days**

**Payment Options:**
**Pay Online:**
    **Bill.com**: https://app.bill.com/p/rainesfeldmanllp
    **Credit Card**: https://secure.lawpay.com/pages/rainesfeldman/operating

**Pay by Wire/ACH:**
    Silicon Valley Bank -Boston Private
    Routing No: 011002343
    Account No: 0943497140
    BIC/Swift Code: BPTCUS33
    Client Name & Invoice #

**Pay by Check via Mail**:
    Raines Feldman
    Department 900
    PO Box 4106
    Woburn, MA 01888-4106