# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al.*,[1] | Case No. 4:22-bk-41079-WJL |
| Debtors. | (Jointly Administered) |
| | **SUMMARY SHEET TO THE FIRST INTERIM FEE APPLICATION OF KURTZMAN CARSON CONSULTANTS LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR THE PERIOD FROM SEPTEMBER 19, 2022 THROUGH AND INCLUDING NOVEMBER 30, 2022** |
| | The Hon. William J. Lafferty III |

| *General Information* | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The above-captioned debtors |
| Petition Date: | September 19, 2022 |
| Date of Retention Order: | November 21, 2022, effective as of September 19, 2022 |
| Type of Application: | Interim |

| *Summary of Fees and Expenses Sought in the Fee Application* | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | September 19, 2022 through November 30, 2022 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $47,702.40 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $0.00 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $47,702.40 |

---

[1] The Debtors, along with the last four digits of each Debtors' tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

Prior Applications Filed:

| Type of Application | Date Filed/ Docket No. | Period Covered | Requested | | Approved by Court to Date | | Amount Paid | Amount Outstanding |
|---|---|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expenses | | |
| Monthly | 12/19/2022; 306 | 9/19/2022 – 10/31/2022 | $38,161.82 (80% of $47,702.40) | $0.00 | $0.00 | $0.00 | $0.00 | $47,702.40 |

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Schedules & SOFAs | 284.4 | $47,702.40 |
| **Totals** | **284.4** | **$47,702.40** |

### COMPENSATION BY INDIVIDUAL

| Initials | Name | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| DPM | Dan McSwigan | Solicitation Consultant | 80.5 | $164.00 | $13,202.00 |
| DSC | Darlene Calderon | Solicitation Consultant | 75.1 | $172.00 | $12,917.20 |
| JMG | Jennifer Westwood | Solicitation Consultant | 67.0 | $164.00 | $10,988.00 |
| PAL | Patrick Leathem | Solicitation Consultant | 1.9 | $164.00 | $311.60 |
| PRO | Priscilla Romero | Solicitation Consultant | 2.4 | $164.00 | $393.60 |
| WRG | William Gruber | Solicitation Consultant | 57.5 | $172.00 | $9,890.00 |
| | | | | | |
| | | | | | |
| | **TOTALS** | | **284.4** | | **$47,702.40** |

| Total Incurred: | $47,702.40 |
|---|---|
| Blended Rate: | $167.73 |

2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al.*,[1] | Case No. 4:22-bk-41079-WJL |
| Debtors. | (Jointly Administered) |
| | **FIRST INTERIM FEE APPLICATION OF KURTZMAN CARSON CONSULTANTS LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR THE PERIOD FROM SEPTEMBER 19, 2022 THROUGH AND INCLUDING NOVEMBER 30, 2022** |
| | The Hon. William J. Lafferty III |

Pursuant to Sections 330 and 331 of Title 11 of the United States Code, §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated October 24, 2022 [Docket No. 145] (the "Interim Compensation Order"), Kurtzman Carson Consultants LLC ("KCC"), administrative advisor for the above-captioned debtors (the "Debtors"), hereby submits its first interim fee application (this "Fee Application") for allowance of compensation for professional services provided in the amount of $47,702.40 and authorization of payment of any unpaid amounts for the period from September 19, 2022 through and including November 30, 2022 (the "Fee Period"). In support of this Fee Application, KCC represents as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

## JURISDICTION

1.     The United States Bankruptcy Court for the Northern District of California (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.     Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     The statutory bases for the relief requested herein are section 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.

## BACKGROUND

4.     On September 19, 2022 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

5.     On the Petition Date, the Debtors filed an application to employ KCC as its claims and noticing agent (in such capacity, the "Claims and Noticing Agent") pursuant to 28 U.S.C. § 156(c) [Docket No. 4] (the "Section 156(c) Application"), which was approved by the Court on September 21, 2022 [Docket No. 33] (the "Section 156(c) Order").

6.     Given that the administration of these chapter 11 cases would require KCC to perform duties outside the scope of 28 U.S.C. § 156(c), the Debtors supplemented the Section 156(c) Application with the application to retain KCC to perform certain services as the Debtors' administrative advisor in these chapter 11 cases (in such capacity, the "Administrative Advisor").  Accordingly, on October 18, 2022, the Debtors filed the *Debtors' Application for Authorization to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective as of the Petition Date* [Docket No. 109]. On November 21, 2022, the Court entered the *Order Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective as of the Petition Date* [Docket No. 253] (the "Retention Order").  The Retention Order authorized the Debtors to compensate KCC in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any orders entered in

these cases governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

7.     The Retention Order authorizes KCC to provide the following services:

(a)     assisting with, among other things, the preparation of the Debtors' schedules of assets and liabilities, schedules of executory contracts and unexpired leases and statements of financial affairs;

(b)     assisting with, among other things, solicitation, balloting, tabulation and calculation of votes, as well as preparing any appropriate reports required in furtherance of confirmation of any chapter 11 plan;

(c)     generating an official ballot certification and testifying, if necessary, in support of the ballot tabulation results for any chapter 11 plan(s) in the chapter 11 cases;

(d)     generating, providing and assisting with claims objections, exhibits, claims reconciliation and related matters;

(e)     providing such other claims processing, noticing, solicitation, balloting and administrative services, but not those included in the Section 156(c) Application, as may be requested by the Debtors from time to time.

8.     The amounts sought in this Application do not include any fees that may be payable by the Debtors for services provided by KCC under the Section 156(c) Order. Procedures for the payment of such fees and disbursements are separately addressed in the Section 156(c) Order. Additionally, no fees and disbursements for services provided to the Debtors under the Retention Order are or will be sought to be paid under the Section 156(c) Order.

9.     All services for which compensation is requested by KCC were performed on behalf of the Debtors.

**SUMMARY AND VALUATION OF SERVICES**

10.     The amount of time spent by each employee providing services to the Debtors for the Fee Period is detailed in line item listings of time entries and descriptive detail set forth herein and in the invoices attached hereto as Exhibit A. These are KCC's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by KCC for the Fee Period as Administrative Advisor to the Debtors in these chapter 11 cases is $47,702.40 due for fees. KCC is not seeking

reimbursement for any expenses in this Application.

11.    During the Fee Period, KCC's professionals performed 284.4 hours of work related to assisting the Debtors with their Schedules and Statements of Financial Affairs (the "Schedules"). This included frequent communication with the Debtors and their professionals regarding data, timelines, preparation status, and updates. Additionally, KCC gathered, organized, and tracked the Schedules data, and performed quality assurance related thereto. KCC believes that the time entries included in Exhibit A are in compliance with the requirements of Local Rule 2016-2.

12.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, KCC submits that the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

## NOTICE AND OBJECTION PROCEDURES

13.    In accordance with the Interim Compensation Order, each Notice Party will have 21 days after service of this Fee Application to review the request (the "Review Period"). If any party wishes to object to this Fee Application, the objecting party shall serve a written notice ("Notice of Objection") so that it is received by the end of the Review Period (the "Objection Deadline").

**WHEREFORE**, KCC respectfully requests that this Court enter an order: (a) awarding KCC interim compensation and reimbursement of expenses for the Fee Period in the amount of $47,702.40 and $0.00, respectively; (b) authorizing and directing payment of any amounts outstanding and (c) granting such other and further relief as this Courtdeems just and proper.

Dated: December 28, 2022
El Segundo, California

/s/ Sarah Harbuck

**KURTZMAN CARSON CONSULTANTS LLC**
Sarah Harbuck
Drake D. Foster
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, California 90245
Tel: 310.751.1539

*Administrative Advisor to the Debtors*

**EXHIBIT A**



October 27, 2022

Mariner Health Central Inc.
Hamid R. Rafatjoo
c/o Raines Feldman LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles CA 90067

   Re: Mariner Health Central Inc.
    USBC Case No. 22-10877

Dear Hamid R. Rafatjoo:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period September 1, 2022 to September 30, 2022 in the amount of $2,844.40 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.


Sincerely,
Kurtzman Carson Consultants LLC


Evan Gershbein
EVP Restructuring



Enclosures

Kurtzman Carson Consultants LLC 222 N Pacific Coast Hwy, El Segundo, CA, 90245  Phone 310-823-9000  Fax 310-823-9133  kccllc.com

Case: 22-41079    Doc# 330    Filed: 12/30/22    Entered: 12/30/22 16:07:12    Page 9 of 27

# *Kurtzman Carson Consultants LLC*

| Account Number | 70966FA | Invoice Date | October 27, 2022 |
|---|---|---|---|
| Invoice Number | US_KCC2366734 | Due Date | Due upon receipt |

### Mariner Health Central Inc.
#### *Summary*

| <u>Description</u> | <u>Amount</u> |
|---|---|
| **<u>Hourly Fees</u>** | |
| Hourly Fees Charged | $2,844.40 |
| **Total of Hourly Fees** | $2,844.40 |
| | |
| **<u>Expenses</u>** | |
| Expenses | $0.00 |
| **Total Expenses** | $0.00 |
| | |
| **Invoice Subtotal** | **$2,844.40** |
| Sales and Use Tax | 0.00 |
| **Total Invoice** | **$2,844.40** |

---

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| | | Check Payments to: | Wire Payments to: |
|---|---|---|---|
| Account Number | 70966FA | | |
| Invoice Number | US_KCC2366734 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| Total Amount Due | $2,844.40 | Dept CH 16639 | HSBC Bank, NA |
| | | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| Amount Paid | $ | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

Case: 22-41079   Doc# 330   Filed: 12/30/22   Entered: 12/30/22 16:07:12   Page 10 of
27

# Kurtzman Carson Consultants LLC

## 09/01/2022 - 09/30/2022

### *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| DPM | Dan McSwigan | SOL | 4.50 | $164.00 | $738.00 |
| DSC | Darlene Calderon | SOL | 2.90 | $172.00 | $498.80 |
| JMG | Jennifer Westwood | SOL | 2.10 | $164.00 | $344.40 |
| PRO | Priscilla Romero | SOL | 1.20 | $164.00 | $196.80 |
| WRG | William Gruber | SOL | 6.20 | $172.00 | $1,066.40 |

|  |  | | | ***Total*** | ***$2,844.40*** |

# Kurtzman Carson Consultants LLC

## 09/01/2022 - 09/30/2022

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 9/19/2022 | WRG | Review filed petitions and company information for potential SOFA and SOAL impact | SOL | Schedules & SOFA | 0.30 |
| 9/19/2022 | WRG | Research similar debtors from previous engagements | SOL | Schedules & SOFA | 0.20 |
| | | **Total for 9/19/2022** | | | **0.50** |
| 9/20/2022 | DPM | Prepare folder structure, case notes, tracking sheets, memos necessary for schedule preparation | SOL | Schedules & SOFA | 1.10 |
| | | **Total for 9/20/2022** | | | **1.10** |
| 9/21/2022 | DPM | Continued preparation of case notes, KCC tracking sheets, master files to provide to company and SierraConstellation Partners | SOL | Schedules & SOFA | 1.30 |
| 9/21/2022 | WRG | Prepare client memos and templates and correspondence re same | SOL | Schedules & SOFA | 1.30 |
| | | **Total for 9/21/2022** | | | **2.60** |
| 9/22/2022 | WRG | Review correspondences re client kick-off call | SOL | Schedules & SOFA | 0.30 |
| | | **Total for 9/22/2022** | | | **0.30** |
| 9/23/2022 | DSC | Meet with KCC Team to discuss plan for Schedules and Statements Data | SOL | Schedules & SOFA | 0.40 |
| 9/23/2022 | DSC | Prepare for and attend Schedules Kick off Call with SCP | SOL | Schedules & SOFA | 0.40 |
| 9/23/2022 | JMG | Prepare and participate in schedules/SOFA status call | SOL | Schedules & SOFA | 1.00 |
| 9/23/2022 | DPM | Prepare updates to KCC master templates and provided to working group | SOL | Schedules & SOFA | 0.50 |
| 9/23/2022 | DPM | Prepare for and host conference call with company and Sierra re Schedules & SOFA preparation; follow-up with KCC team | SOL | Schedules & SOFA | 0.80 |
| 9/23/2022 | WRG | Teleconference with Sierra Constellation Partners and KCC team re timeline and logistics of preparation | SOL | Schedules & SOFA | 0.50 |
| 9/23/2022 | WRG | Discussion with KCC Team re teleconference with Sierra | SOL | Schedules & SOFA | 0.20 |
| | | **Total for 9/23/2022** | | | **3.80** |
| 9/27/2022 | DSC | Conference call with SCP and client re Schedules and Statements compilation | SOL | Schedules & SOFA | 0.50 |
| 9/27/2022 | JMG | Prepare for and participate in schedules/SOFA status call | SOL | Schedules & SOFA | 1.10 |
| 9/27/2022 | PRO | Prepare for and participate in SOAL/SOFA call with KCC Team and company | SOL | Schedules & SOFA | 1.20 |
| 9/27/2022 | DPM | Prepare for and host conference call re Schedules & SOFA preparation check-in and review data received to date; prepare updates to master tracking sheet re: meeting notes and updates to tracking sheets | SOL | Schedules & SOFA | 0.30 |
| 9/27/2022 | DPM | Prepare correspondence of schedule preparation guides per discussion with company | SOL | Schedules & SOFA | 0.50 |
| 9/27/2022 | WRG | Teleconference with company, SierraConstellation Partners and KCC Team re SOFA and SOAL preparation and timeline | SOL | Schedules & SOFA | 0.70 |
| | | **Total for 9/27/2022** | | | **4.30** |
| 9/28/2022 | DSC | Oversee correspondence with D Elrich re data for executory contracts | SOL | Schedules & SOFA | 0.30 |
| | | **Total for 9/28/2022** | | | **0.30** |
| 9/29/2022 | DSC | Review Schedules and Statement forms provided by D Elrich and correspond with KCC Team re same | SOL | Schedules & SOFA | 0.60 |
| 9/29/2022 | WRG | Review correspondence re SOFA updates | SOL | Schedules & SOFA | 0.30 |

Case: 22-41079   Doc# 330   Filed: 12/30/22   Entered: 12/30/22 16:07:12   Page 12 of 27

# *Kurtzman Carson Consultants LLC*

## 09/01/2022 - 09/30/2022

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| | | | | *Total for 9/29/2022* | *0.90* |
| 9/30/2022 | DSC | Conference call with KCC Team re Schedules and Statement data received from D Fancher | SOL | Schedules & SOFA | 0.30 |
| 9/30/2022 | DSC | Review data files containing various Schedules and Statement data | SOL | Schedules & SOFA | 0.40 |
| 9/30/2022 | WRG | Update SOFA entries per correspondence | SOL | Schedules & SOFA | 1.30 |
| 9/30/2022 | WRG | Update SOAL entries per correspondence | SOL | Schedules & SOFA | 0.40 |
| 9/30/2022 | WRG | Quality control re SOFA and SOAL per data updates | SOL | Schedules & SOFA | 0.70 |
| | | | | *Total for 9/30/2022* | *3.10* |
| | | | | *Total Hours* | *16.90* |

US_KCC2366734 Mariner Health Central Inc.

# *Kurtzman Carson Consultants LLC*

09/01/2022 - 09/30/2022

## *Expenses*

| **Description** | **Units** | **Rate** | **Amount** |
|---|---|---|---|
| | | *Total Expenses* | |



November 23, 2022

Mariner Health Central Inc.
Hamid R. Rafatjoo
c/o Raines Feldman LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles CA 90067

       Re: Mariner Health Central Inc.
         USBC Case No. 22-10877

Dear Hamid R. Rafatjoo:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period October 1, 2022 to October 31, 2022 in the amount of $44,858.00 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.


Sincerely,
Kurtzman Carson Consultants LLC



Evan Gershbein
EVP Restructuring




Enclosures




**Kurtzman Carson Consultants LLC 222 N Pacific Coast Hwy, El Segundo, CA, 90245  Phone 310-823-9000  Fax 310-823-9133  kccllc.com**

Case: 22-41079    Doc# 330    Filed: 12/30/22    Entered: 12/30/22 16:07:12    Page 15 of 27

# Kurtzman Carson Consultants LLC

| Account Number | 70966FA | Invoice Date | November 23, 2022 |
|---|---|---|---|
| Invoice Number | US_KCC2384644 | Due Date | Due upon receipt |

## Mariner Health Central Inc.
### Summary

| Description | Amount |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $44,858.00 |
| **Total of Hourly Fees** | $44,858.00 |
| | |
| **Expenses** | |
| Expenses | $0.00 |
| **Total Expenses** | $0.00 |
| | |
| **Invoice Subtotal** | **$44,858.00** |
| Sales and Use Tax | 0.00 |
| **Total Invoice** | **$44,858.00** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| | | | |
|---|---|---|---|
| Account Number | 70966FA | **Check Payments to:** | **Wire Payments to:** |
| Invoice Number | US_KCC2384644 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| Total Amount Due | $44,858.00 | Dept CH 16639 | HSBC Bank, NA |
| Amount Paid | $ | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| | | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

US_KCC2384644 Mariner Health Central Inc.

Case: 22-41079   Doc# 330   Filed: 12/30/22   Entered: 12/30/22 16:07:12   Page 16 of 27

# *Kurtzman Carson Consultants LLC*

### 10/01/2022 - 10/31/2022

## *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| DPM | Dan McSwigan | SOL | 76.00 | $164.00 | $12,464.00 |
| DSC | Darlene Calderon | SOL | 72.20 | $172.00 | $12,418.40 |
| JMG | Jennifer Westwood | SOL | 64.90 | $164.00 | $10,643.60 |
| PAL | Patrick Leathem | SOL | 1.90 | $164.00 | $311.60 |
| PRO | Priscilla Romero | SOL | 1.20 | $164.00 | $196.80 |
| WRG | William Gruber | SOL | 51.30 | $172.00 | $8,823.60 |

|  |  |  | ***Total*** | | ***$44,858.00*** |

Case: 22-41079   Doc# 330   Filed: 12/30/22   Entered: 12/30/22 16:07:12   Page 17 of 27

# Kurtzman Carson Consultants LLC

## 10/01/2022 - 10/31/2022

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 10/3/2022 | DSC | Review correspondence, including open questions related to Schedules and Statements data received from D Fancher | SOL | Schedules & SOFA | 0.40 |
| 10/3/2022 | JMG | Review and file schedules related correspondences; follow-up on necessary items | SOL | Schedules & SOFA | 0.60 |
| 10/3/2022 | DPM | Discussion with KCC Schedules Team re status of data received and updates needed | SOL | Schedules & SOFA | 2.40 |
| 10/3/2022 | DPM | Prepare Schedule AB39, AB40, AB41, AB42, AB47, AB48, AB 49, AB 50 data for input into KCC CaseView | SOL | Schedules & SOFA | 1.30 |
| 10/3/2022 | WRG | Review correspondence re responses to open SOAL issues | SOL | Schedules & SOFA | 0.50 |
| 10/3/2022 | WRG | Quality control review of updates to SOALs | SOL | Schedules & SOFA | 1.90 |
| 10/3/2022 | WRG | Review correspondence re open issues; update trackers re same | SOL | Schedules & SOFA | 0.50 |
| | | | *Total for 10/3/2022* | | **7.60** |
| 10/4/2022 | DSC | Review SOAL / SOFA data files as provided by company | SOL | Schedules & SOFA | 0.70 |
| 10/4/2022 | JMG | Prepare for and participate in Schedules/SOFA status call | SOL | Schedules & SOFA | 1.20 |
| 10/4/2022 | DPM | Prepare for and host conference call re Schedules & SOFA updates and review data received to date; prepare updates to master tracking sheet re: meeting notes and updates to tracking sheets | SOL | Schedules & SOFA | 1.10 |
| 10/4/2022 | DPM | Perform quality review of Schedules for all Debtors to ensure accuracy and completeness | SOL | Schedules & SOFA | 0.80 |
| 10/4/2022 | DPM | Perform quality review of SOFAs for all Debtors to ensure accuracy and completeness | SOL | Schedules & SOFA | 0.50 |
| 10/4/2022 | DPM | Generate and review Schedule and SOFA drafts; prepare comments and updates re same | SOL | Schedules & SOFA | 1.60 |
| 10/4/2022 | WRG | Teleconference with company, SierraConstellation Partners and KCC Team re SOFA and SOAL open issues and timeline | SOL | Schedules & SOFA | 1.00 |
| | | | *Total for 10/4/2022* | | **6.90** |
| 10/5/2022 | DPM | Prepare updates to Schedule A/B2 data per correspondence from Company; input into KCC CaseView | SOL | Schedules & SOFA | 0.50 |
| 10/5/2022 | DPM | Prepare updates to Schedule A/B 8 data per correspondence from Company; input into KCC CaseView | SOL | Schedules & SOFA | 0.50 |
| 10/5/2022 | DPM | Prepare updates to Schedule AB 16, AB 21, AB 22, AB 39, AB 41, AB 42 data per correspondence from Company; input into KCC CaseView | SOL | Schedules & SOFA | 1.00 |
| 10/5/2022 | DPM | Prepare updates to Schedule AB55, AB77 data per correspondence from Company; input into KCC CaseView | SOL | Schedules & SOFA | 0.60 |
| 10/5/2022 | DPM | Perform quality review of Schedules and SOFAs for all Debtors to ensure accuracy and completeness | SOL | Schedules & SOFA | 1.10 |
| 10/5/2022 | DPM | Prepare status updates in KCC CaseView | SOL | Schedules & SOFA | 0.80 |
| 10/5/2022 | WRG | Update SOFA data per 10/4 call and 10/3 template updates | SOL | Schedules & SOFA | 1.90 |
| 10/5/2022 | WRG | Quality Control of recent SOFA and SOAL updates | SOL | Schedules & SOFA | 1.10 |
| 10/5/2022 | WRG | Prepare correspondence re open issues to SOAL/SOFA data | SOL | Schedules & SOFA | 0.20 |
| 10/5/2022 | WRG | Update SOFA and SOAL templates with provided data | SOL | Schedules & SOFA | 0.30 |
| | | | *Total for 10/5/2022* | | **8.00** |
| 10/6/2022 | DSC | Coordinate review of draft schedules and statements for all debtors | SOL | Schedules & SOFA | 0.30 |
| 10/6/2022 | DSC | Review SOAL drafts, compare to master file and tracker, and send to KCC team for updates | SOL | Schedules & SOFA | 1.90 |

# *Kurtzman Carson Consultants LLC*

## 10/01/2022 - 10/31/2022

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 10/6/2022 | JMG | Review Master SOFA files and correspondence re updates to ensure accuracy and completeness | SOL | Schedules & SOFA | 2.70 |
| 10/6/2022 | JMG | Review Master SOAL files and correspondence re updates to ensure accuracy and completeness | SOL | Schedules & SOFA | 2.50 |
| 10/6/2022 | PRO | Perform quality review of Schedules and SOFAs for all Debtors to ensure accuracy and completeness | SOL | Schedules & SOFA | 1.20 |
| 10/6/2022 | DPM | Discussion with KOP re: data Counsel already has, meeting request | SOL | Schedules & SOFA | 0.20 |
| 10/6/2022 | DPM | Prepare correspondence with B Clark re: data received and meeting request | SOL | Schedules & SOFA | 0.20 |
| 10/6/2022 | DPM | Perform quality review of Schedules and SOFAs for all debtors to ensure accuracy and completeness | SOL | Schedules & SOFA | 1.10 |
| 10/6/2022 | DPM | Generate and review Schedules and SOFA drafts; prepare comments and updates re same | SOL | Schedules & SOFA | 0.90 |
| 10/6/2022 | WRG | Review draft SOFAs and SOALs to ensure accuracy | SOL | Schedules & SOFA | 0.80 |
| 10/6/2022 | WRG | QC SOFA and SOAL templates to ensure accuracy | SOL | Schedules & SOFA | 1.10 |
| 10/6/2022 | WRG | Review draft SOALs to ensure accuracy | SOL | Schedules & SOFA | 0.60 |
| 10/6/2022 | WRG | Update SOFAs for recent edits and additions | SOL | Schedules & SOFA | 1.40 |
| 10/6/2022 | WRG | Prepare correspondence re Schedule E/F and G | SOL | Schedules & SOFA | 0.20 |
| 10/6/2022 | WRG | Review SOFA 3 for conformity to form | SOL | Schedules & SOFA | 0.80 |
| 10/6/2022 | WRG | QC SOAL/SOFA updates provided on 10/7 | SOL | Schedules & SOFA | 0.40 |
| 10/6/2022 | WRG | Review revised draft SOFAs and SOALs | SOL | Schedules & SOFA | 0.60 |
| 10/6/2022 | WRG | Teleconference with company, SierraConstellation Partners and KCC employees re SOFA and SOAL open issues | SOL | Schedules & SOFA | 0.30 |
| | | | | ***Total for 10/6/2022*** | ***17.20*** |
| 10/7/2022 | DSC | Review correspondence and Schedule G data from SCP | SOL | Schedules & SOFA | 0.50 |
| 10/7/2022 | DSC | Prepare for and attend conference call with SCP, Raines Feldman and Company re schedules preparation | SOL | Schedules & SOFA | 0.40 |
| 10/7/2022 | DSC | Meet with KCC Team to discuss Schedules and Statement master files and open items | SOL | Schedules & SOFA | 0.60 |
| 10/7/2022 | DSC | Meet with KCC Team to discuss Schedule F and G updates for 3 debtors | SOL | Schedules & SOFA | 1.20 |
| 10/7/2022 | DSC | Review SOAL and SOFA drafts, coordinate updates of same prior to circulation | SOL | Schedules & SOFA | 1.00 |
| 10/7/2022 | JMG | Format files for Schedule G; upload or input same into KCC CaseView | SOL | Schedules & SOFA | 4.40 |
| 10/7/2022 | JMG | Format files for Schedule EF Part 2; upload or input same into KCC CaseView | SOL | Schedules & SOFA | 4.40 |
| 10/7/2022 | JMG | Prepare and participate in schedules/SOFA status call | SOL | Schedules & SOFA | 0.40 |
| 10/7/2022 | DPM | Prepare correspondence re: meting request for review of drafts and data received to date | SOL | Schedules & SOFA | 0.50 |
| 10/7/2022 | DPM | Prepare updates to SOFA 7 data per correspondence from Counsel input into KCC CaseView | SOL | Schedules & SOFA | 1.10 |
| 10/7/2022 | DPM | Prepare updates to A/B 3, A/B 8, A/B 11a,b, AB 55 data per correspondence from company; input into KCC CaseView | SOL | Schedules & SOFA | 1.30 |
| 10/7/2022 | DPM | Prepare SOFA 3, SOFA 4, SOFA 11 data for input into KCC CaseView | SOL | Schedules & SOFA | 2.90 |
| 10/7/2022 | DPM | Perform quality review of Schedules and SOFAs for all Debtors to ensure accuracy and completeness | SOL | Schedules & SOFA | 1.20 |
| 10/7/2022 | DPM | Prepare for and host conference call re Schedules & SOFA updates and review data received to date; prepare updates to master tracking sheet re: meeting notes and updates to tracking sheets | SOL | Schedules & SOFA | 0.80 |
| 10/7/2022 | DPM | Prepare SOFA 73 per correspondences received from Counsel | SOL | Schedules & SOFA | 0.80 |

US_KCC2384644 Mariner Health Central Inc

Case: 22-41079   Doc# 330   Filed: 12/30/22   Entered: 12/30/22 16:07:12   Page 19 of 27

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 10/7/2022 | DPM | Generate and review Schedules and SOFA drafts; prepare comments, updates and correspondence re same | SOL | Schedules & SOFA | 1.20 |
| 10/7/2022 | WRG | Review revised draft SOFAs and SOALs | SOL | Schedules & SOFA | 1.20 |
| 10/7/2022 | WRG | Prepare Schedule A/B 73 attachment | SOL | Schedules & SOFA | 0.50 |
| | | | ***Total for 10/7/2022*** | | ***24.40*** |
| 10/10/2022 | PAL | Correspond with KCC Team re status of Schedules and SOFAs | SOL | Schedules & SOFA | 0.10 |
| 10/10/2022 | DSC | Prepare and send updated SOAL E/F Part 1, Part 2, and SOAL G to financial advisors, company and counsel | SOL | Schedules & SOFA | 1.20 |
| 10/10/2022 | DSC | Review formatting for Schedule G data provided by SCP | SOL | Schedules & SOFA | 0.50 |
| 10/10/2022 | DSC | Review data for SOAL E/F and G; prepare updates to data files | SOL | Schedules & SOFA | 2.50 |
| 10/10/2022 | JMG | Revise files for Schedules EF Part 2; upload or input same into KCC CaseView; draft correspondence re open items | SOL | Schedules & SOFA | 1.50 |
| 10/10/2022 | JMG | Review and file schedules related correspondences; follow-up on necessary items | SOL | Schedules & SOFA | 1.50 |
| 10/10/2022 | WRG | Discussion with company personnel re open SOFA and SOAL issues | SOL | Schedules & SOFA | 0.80 |
| | | | ***Total for 10/10/2022*** | | ***8.10*** |
| 10/11/2022 | DSC | Prepare for and attend conference call with SCP, Raines Feldman and Company re outstanding Schedules and Statement items | SOL | Schedules & SOFA | 0.70 |
| 10/11/2022 | DSC | Prepare updates to Schedule F and Schedule G based on comments from conference call | SOL | Schedules & SOFA | 0.40 |
| 10/11/2022 | DSC | Review SOAL F updates provided by Dawn and update master templates | SOL | Schedules & SOFA | 2.50 |
| 10/11/2022 | JMG | Review and file schedules related correspondences; follow-up on necessary items | SOL | Schedules & SOFA | 0.40 |
| 10/11/2022 | JMG | Prepare and participate in schedules/SOFA status call | SOL | Schedules & SOFA | 1.20 |
| 10/11/2022 | DPM | Prepare updates to SOFA 7 data per correspondence from Counsel; input into KCC CaseView | SOL | Schedules & SOFA | 1.90 |
| 10/11/2022 | DPM | Prepare updates to SOFA 3 data per discussion with company from Company; input into KCC CaseView | SOL | Schedules & SOFA | 0.80 |
| 10/11/2022 | DPM | Prepare for and host conference call re Schedules & SOFA updates and review data received to date; prepare updates to master tracking sheet re: meeting notes and updates to tracking sheets; follow-up KCC Scheduling team | SOL | Schedules & SOFA | 0.80 |
| 10/11/2022 | DPM | Prepare updates to SOFA 4 addresses per discussion with company from Company; input into KCC CaseView | SOL | Schedules & SOFA | 1.60 |
| 10/11/2022 | DPM | Prepare SOFA 3 data for input into KCC CaseView per correspondence of new data from Company | SOL | Schedules & SOFA | 0.80 |
| 10/11/2022 | DPM | Prepare updates to SOFA 7 data per correspondence from Counsel; input into KCC CaseView | SOL | Schedules & SOFA | 0.90 |
| 10/11/2022 | DPM | Perform quality review of Schedules and SOFAs for all Debtors to ensure accuracy and completeness | SOL | Schedules & SOFA | 1.30 |
| 10/11/2022 | DPM | Generate and review Schedules SOFA drafts; prepare comments and updates re same | SOL | Schedules & SOFA | 1.10 |
| 10/11/2022 | WRG | Update SOFA for recent edits and additions | SOL | Schedules & SOFA | 2.20 |
| 10/11/2022 | WRG | Update SOFA/SOAL status trackers with new content | SOL | Schedules & SOFA | 0.20 |
| 10/11/2022 | WRG | Review SOFA 3 for potential creditors to be redacted | SOL | Schedules & SOFA | 0.30 |
| 10/11/2022 | WRG | Teleconference with company, Raines Feldman, SierraConstellation Partners and KCC Team re SOFA and SOAL preparation and open issues | SOL | Schedules & SOFA | 0.80 |
| 10/11/2022 | WRG | Update SOFA and SOAL per 10/11 teleconference | SOL | Schedules & SOFA | 0.30 |

# *Kurtzman Carson Consultants LLC*

### 10/01/2022 - 10/31/2022

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 10/11/2022 | WRG | Update SOFA question 26b per information from Company/Counsel | SOL | Schedules & SOFA | 0.30 |
| 10/11/2022 | WRG | Update various SOAL questions per 10/10 call | SOL | Schedules & SOFA | 0.60 |
| 10/11/2022 | WRG | Prepare correspondence re certain vendor and its effect on various SOFA and SOAL questions | SOL | Schedules & SOFA | 0.20 |
| 10/11/2022 | WRG | QC revised SOFAs and SOALs to ensure accuracy | SOL | Schedules & SOFA | 0.70 |
| 10/11/2022 | WRG | Update SOFA question 4 per information from Company | SOL | Schedules & SOFA | 1.00 |
| 10/11/2022 | WRG | Update SOFA question 28 per information from Company/Counsel | SOL | Schedules & SOFA | 0.50 |
| 10/11/2022 | WRG | QC recent updates against summary reports | SOL | Schedules & SOFA | 0.70 |
| | | | ***Total for 10/11/2022*** | | ***22.20*** |
| 10/12/2022 | PAL | Emails from Case Team and counsel re Schedule EF preparation | SOL | Schedules & SOFA | 0.30 |
| 10/12/2022 | DSC | Review SOAL Drafts for Mariner Health Central | SOL | Schedules & SOFA | 0.30 |
| 10/12/2022 | DSC | Review and respond to updates to SOAL F and SOAL G | SOL | Schedules & SOFA | 1.20 |
| 10/12/2022 | DSC | Oversee updates to SOAL G and data files for import to KCC CaseView | SOL | Schedules & SOFA | 1.10 |
| 10/12/2022 | DSC | Prepare correspondence re updates to SOAL F, including litigation updates | SOL | Schedules & SOFA | 0.30 |
| 10/12/2022 | DSC | Review SOAL Drafts for Parkview Holding Company | SOL | Schedules & SOFA | 0.20 |
| 10/12/2022 | DSC | Review SOAL Drafts for Parkview Operating Company | SOL | Schedules & SOFA | 0.30 |
| 10/12/2022 | DSC | Review SOFA Drafts for Mariner Health Central | SOL | Schedules & SOFA | 0.50 |
| 10/12/2022 | DSC | Review SOFA Drafts for Parkview Holding Company | SOL | Schedules & SOFA | 0.20 |
| 10/12/2022 | DSC | Review SOFA Drafts for Parkview Operating Company | SOL | Schedules & SOFA | 0.50 |
| 10/12/2022 | DSC | Prepare updated files for SOAL F import to KCC CaseView | SOL | Schedules & SOFA | 4.30 |
| 10/12/2022 | JMG | Perform quality review of Schedules and SOFA drafts for all Debtors to ensure accuracy and completeness | SOL | Schedules & SOFA | 0.80 |
| 10/12/2022 | JMG | Review and compile litigation address details for inclusion in schedule EF Part 2 | SOL | Schedules & SOFA | 2.00 |
| 10/12/2022 | JMG | Review and update data files for schedule G; follow-up correspondence re same | SOL | Schedules & SOFA | 2.00 |
| 10/12/2022 | JMG | Review and update data files for schedule EF Part 2; follow-up correspondence re same | SOL | Schedules & SOFA | 2.00 |
| 10/12/2022 | DPM | Review and update of SOFA 7 data per updates received from counsel; Input into KCC CaseView | SOL | Schedules & SOFA | 1.80 |
| 10/12/2022 | DPM | Perform quality review of Schedules and SOFAs for all Debtors to ensure accuracy and completeness | SOL | Schedules & SOFA | 1.00 |
| 10/12/2022 | DPM | Discussion with KCC Team re: litigation EF2 schedules | SOL | Schedules & SOFA | 0.20 |
| 10/12/2022 | DPM | Generate and review Schedules and SOFA drafts; prepare comments and updates re same | SOL | Schedules & SOFA | 0.70 |
| 10/12/2022 | DPM | Prepare data necessary for EF2 litigation schedule; prepare correspondence re same | SOL | Schedules & SOFA | 1.20 |
| 10/12/2022 | DPM | Generate and review Schedules, SOFA drafts; Prepare various updates; prepare comments and updates re same | SOL | Schedules & SOFA | 2.40 |
| 10/12/2022 | WRG | Review submitted SOFA question 7 information and assist in preparing SOFA attachment | SOL | Schedules & SOFA | 0.80 |
| 10/12/2022 | WRG | Review correspondence re SOAL updates | SOL | Schedules & SOFA | 0.20 |
| 10/12/2022 | WRG | Review SOAL schedule E/F part 2 to determine if SOFA 7 matters are included as necessary | SOL | Schedules & SOFA | 0.50 |
| 10/12/2022 | WRG | Review updated draft SOFAs and SOALs | SOL | Schedules & SOFA | 2.10 |

Case: 22-41079   Doc# 330   Filed: 12/30/22   Entered: 12/30/22 16:07:12   Page 21 of 27

# *Kurtzman Carson Consultants LLC*

## 10/01/2022 - 10/31/2022

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| | | | ***Total for 10/12/2022*** | | ***26.90*** |
| 10/13/2022 | DSC | Review and format litigation lists for Schedule F re Mariner Health Central | SOL | Schedules & SOFA | 4.00 |
| 10/13/2022 | DSC | Review Schedule G file for updates to KCC CaseView | SOL | Schedules & SOFA | 0.70 |
| 10/13/2022 | DSC | Prepare updated files for import of Sched F to KCC CaseView | SOL | Schedules & SOFA | 1.00 |
| 10/13/2022 | DSC | Correspond with K Owen re updates to Schedule F | SOL | Schedules & SOFA | 0.20 |
| 10/13/2022 | DSC | Prepare for and participate in Schedules conference call with Sierra and Company | SOL | Schedules & SOFA | 0.40 |
| 10/13/2022 | DSC | Review and format litigation lists for Schedule F re Parkview Operating Company | SOL | Schedules & SOFA | 3.00 |
| 10/13/2022 | JMG | Review and compile litigation address details for inclusion in schedule EF Part 2 | SOL | Schedules & SOFA | 2.00 |
| 10/13/2022 | JMG | Prepare for and participate in schedules/SOFA status call | SOL | Schedules & SOFA | 1.00 |
| 10/13/2022 | JMG | Review and update data files for schedule EF Part 3; follow-up correspondence re same | SOL | Schedules & SOFA | 0.60 |
| 10/13/2022 | JMG | Review and update data files for schedule G; follow-up correspondence re same | SOL | Schedules & SOFA | 1.00 |
| 10/13/2022 | JMG | Review and update data files for schedule EF Part 2; follow-up correspondence re same | SOL | Schedules & SOFA | 2.00 |
| 10/13/2022 | DPM | Prepare updates to SOFA, Schedule Data per information received from company | SOL | Schedules & SOFA | 0.70 |
| 10/13/2022 | DPM | Prepare for and attend conference call re Schedules & SOFA updates and review data received to date; prepare updates to master tracking sheet re: meeting notes and updates to tracking sheets | SOL | Schedules & SOFA | 0.70 |
| 10/13/2022 | DPM | Review of litigation data on Schedule EF part2; disc with WRG re: same; prepare correspondence re: Same | SOL | Schedules & SOFA | 0.90 |
| 10/13/2022 | WRG | Review correspondence re SOFA updates | SOL | Schedules & SOFA | 0.40 |
| 10/13/2022 | WRG | Teleconference with company, Raines Feldman, SierraConstellation and KCC personnel re SOFA and SOAL preparation and open issues | SOL | Schedules & SOFA | 0.60 |
| 10/13/2022 | WRG | Update SOFA and SOAL per 10/12 teleconference | SOL | Schedules & SOFA | 0.30 |
| 10/13/2022 | WRG | Review and prepare correspondence re SOFA questions 4 and 28 | SOL | Schedules & SOFA | 0.20 |
| 10/13/2022 | WRG | Update SOFA questions 4 and 28 per recent correspondence | SOL | Schedules & SOFA | 0.40 |
| 10/13/2022 | WRG | Research certain Schedule E/F Part 2 creditors | SOL | Schedules & SOFA | 0.40 |
| | | | ***Total for 10/13/2022*** | | ***20.50*** |
| 10/14/2022 | PAL | Emails from Case Team and counsel re updates to Schedules and SOFAs, | SOL | Schedules & SOFA | 0.40 |
| 10/14/2022 | DSC | Review Schedule F file and update based on correspondence with D Forsh and K Owens | SOL | Schedules & SOFA | 3.40 |
| 10/14/2022 | DSC | Correspond with K Owen re Ledesma claims listed on Schedule F | SOL | Schedules & SOFA | 0.20 |
| 10/14/2022 | DSC | Review Schedule F and Notice Party information to be included on EF Part 3 | SOL | Schedules & SOFA | 1.10 |
| 10/14/2022 | DSC | Update data files for Schedule E for Mariner Health Central | SOL | Schedules & SOFA | 1.30 |
| 10/14/2022 | DSC | Update data files for Schedule F for all debtors | SOL | Schedules & SOFA | 3.10 |
| 10/14/2022 | DSC | Update data files for Schedule G for Mariner Health Central | SOL | Schedules & SOFA | 1.50 |
| 10/14/2022 | DSC | Update data files for Schedule G for Parkview Operating Company | SOL | Schedules & SOFA | 1.50 |
| 10/14/2022 | DSC | Conference call with K Owen and D Forsh re litigation updates to Sched F | SOL | Schedules & SOFA | 1.00 |
| 10/14/2022 | JMG | Perform quality review of Schedules and SOFA drafts for all Debtors to ensure accuracy and completeness | SOL | Schedules & SOFA | 2.60 |

# Kurtzman Carson Consultants LLC

## 10/01/2022 - 10/31/2022

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 10/14/2022 | JMG | Format updated files for Schedule F Part 2; upload or input same into KCC CaseView | SOL | Schedules & SOFA | 1.00 |
| 10/14/2022 | JMG | Review and track changes to schedules and sofa data files; review update of same for accuracy and completeness | SOL | Schedules & SOFA | 2.50 |
| 10/14/2022 | JMG | Format updated files for Schedule G; upload or input same into KCC CaseView | SOL | Schedules & SOFA | 1.20 |
| 10/14/2022 | JMG | Review and update master files for Schedule G; follow-up correspondence re same | SOL | Schedules & SOFA | 1.40 |
| 10/14/2022 | JMG | Review and update master files for Schedule EF Part 2; follow-up correspondence re same | SOL | Schedules & SOFA | 1.20 |
| 10/14/2022 | DPM | Prepare updates to SOFA 1, SOFA 26a, SOFA 29, SOFA 3, SOFA 4 | SOL | Schedules & SOFA | 1.30 |
| 10/14/2022 | DPM | Perform quality review of Schedules and SOFAs for all Debtors to ensure accuracy and completeness | SOL | Schedules & SOFA | 1.70 |
| 10/14/2022 | DPM | Discussion with AS, Sierra Partners re: update to retainer amount on schedules | SOL | Schedules & SOFA | 0.20 |
| 10/14/2022 | DPM | Review Schedule AB 55 data for accuracy and completeness | SOL | Schedules & SOFA | 0.50 |
| 10/14/2022 | DPM | Discussion with KCC Scheduling Team re: request of Counsel to make all EF records Joint and Several liabilities, impact on Schedule H | SOL | Schedules & SOFA | 1.00 |
| 10/14/2022 | DPM | Discussion with KCC Case Team, WRG re: request of Counsel to make all EF records Joint and Several liabilities, impact on Schedule H | SOL | Schedules & SOFA | 0.40 |
| 10/14/2022 | DPM | Prepare updates to SOFA 29 data per correspondence from Counsel; input into KCC CaseView | SOL | Schedules & SOFA | 0.80 |
| 10/14/2022 | WRG | Review correspondence re SOAL 55, prepare updates of same | SOL | Schedules & SOFA | 0.30 |
| 10/14/2022 | WRG | Create SOAL A/B 60 attachment | SOL | Schedules & SOFA | 0.50 |
| 10/14/2022 | WRG | Update SOFAs and SOALs per correspondence | SOL | Schedules & SOFA | 2.40 |
| 10/14/2022 | WRG | Discussion with Ankura personnel re SOAL Schedule A/B 7 | SOL | Schedules & SOFA | 0.20 |
| 10/14/2022 | WRG | Update SOAL Schedule A/B 55 per information from Company/Counsel | SOL | Schedules & SOFA | 0.40 |
| 10/14/2022 | WRG | Update SOAL per recent updates provided by Counsel/Company | SOL | Schedules & SOFA | 0.30 |
| 10/14/2022 | WRG | Update SOFA edits provided by Company | SOL | Schedules & SOFA | 0.30 |
| 10/14/2022 | WRG | Update SOFA and SOAL pre correspondence | SOL | Schedules & SOFA | 1.80 |
| 10/14/2022 | WRG | Review correspondence re SOFAs and SOALs and update re same | SOL | Schedules & SOFA | 0.50 |
| | | | *Total for 10/14/2022* | | *36.00* |
| 10/15/2022 | PAL | Emails from Case Team and counsel re updates to Schedules and SOFAs | SOL | Schedules & SOFA | 0.20 |
| 10/15/2022 | DSC | Correspond with D Forsh re updates to SOAL / SOFA files | SOL | Schedules & SOFA | 1.50 |
| 10/15/2022 | DSC | Meet with KCC Team re updates to SOAL / SOFA files | SOL | Schedules & SOFA | 1.00 |
| 10/15/2022 | DSC | Update data files for Schedule F for all debtors | SOL | Schedules & SOFA | 3.10 |
| 10/15/2022 | DSC | Update data files for Schedule G for Parkview Operating Company | SOL | Schedules & SOFA | 1.00 |
| 10/15/2022 | DSC | Update data files for Schedule E/F part 3 for all debtors | SOL | Schedules & SOFA | 1.20 |
| 10/15/2022 | DSC | Update data files for Schedule H for Parkview Holding Company | SOL | Schedules & SOFA | 1.00 |
| 10/15/2022 | DSC | Update data files for Schedule H for Parkview Operating Company | SOL | Schedules & SOFA | 1.00 |
| 10/15/2022 | DSC | Update data files for Schedule G for Mariner Health Central | SOL | Schedules & SOFA | 1.20 |
| 10/15/2022 | JMG | Review and update master files for Schedule G; follow-up correspondence re same | SOL | Schedules & SOFA | 1.00 |
| 10/15/2022 | JMG | Review Schedule G for counterparties to be included on Schedule EF Part 2 | SOL | Schedules & SOFA | 4.00 |
| 10/15/2022 | JMG | Review and track changes to schedules and sofa data files; review update of same for accuracy and completeness | SOL | Schedules & SOFA | 2.50 |
| 10/15/2022 | JMG | Perform quality review of Schedules and SOFA drafts for all Debtors to ensure accuracy and completeness | SOL | Schedules & SOFA | 2.00 |

Case: 22-41079   Doc# 330   Filed: 12/30/22   Entered: 12/30/22 16:07:12   Page 23 of 27

## Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 10/15/2022 | DPM | Attention to several emails received overnight and in the morning; adding to KCC tracking | SOL | Schedules & SOFA | 0.80 |
| 10/15/2022 | DPM | Prepare updates to Schedule data per correspondence from Counsel; input into KCC CaseView | SOL | Schedules & SOFA | 0.90 |
| 10/15/2022 | DPM | Review and prepare updates to SOFA 60 data; input to KCC CaseView | SOL | Schedules & SOFA | 0.90 |
| 10/15/2022 | DPM | Prepare updates to Schedule part 10 per correspondence from Counsel; input into KCC CaseView | SOL | Schedules & SOFA | 1.10 |
| 10/15/2022 | DPM | Prepare updates to SOFA data per correspondence from Counsel; input to KCC CaseView | SOL | Schedules & SOFA | 1.10 |
| 10/15/2022 | DPM | Prepare updates to SOFA 3, SOFA 4 data per correspondence from Counsel; input into KCC CaseView | SOL | Schedules & SOFA | 0.90 |
| 10/15/2022 | DPM | Perform quality review of Schedules and SOFAs for all Debtors to ensure accuracy and completeness | SOL | Schedules & SOFA | 1.80 |
| 10/15/2022 | DPM | Generate and review Schedules SOFA drafts; prepare comments and updates re same | SOL | Schedules & SOFA | 1.20 |
| 10/15/2022 | WRG | Update SOFA Questions 4, 28 and 29 | SOL | Schedules & SOFA | 0.80 |
| 10/15/2022 | WRG | Update SOAL Schedule A/B 7 per information from Company/Counsel | SOL | Schedules & SOFA | 0.20 |
| 10/15/2022 | WRG | Update SOFA per correspondence from Counsel | SOL | Schedules & SOFA | 1.10 |
| 10/15/2022 | WRG | QC recent updates to data summaries | SOL | Schedules & SOFA | 0.30 |
| 10/15/2022 | WRG | Review revised draft SOFAs and SOALs | SOL | Schedules & SOFA | 0.90 |
| 10/15/2022 | WRG | Prepare correspondence re open items | SOL | Schedules & SOFA | 0.20 |
| 10/15/2022 | WRG | Update templates and trackers for recent updates | SOL | Schedules & SOFA | 0.50 |
| | | | | **Total for 10/15/2022** | **33.40** |
| 10/16/2022 | PAL | Emails from Case Team and counsel re updates to Schedules and SOFAs | SOL | Schedules & SOFA | 0.20 |
| 10/16/2022 | DSC | Review SOFA draft for Parkview Operating Company | SOL | Schedules & SOFA | 1.00 |
| 10/16/2022 | DSC | Update data files for Schedule F for all debtors | SOL | Schedules & SOFA | 2.50 |
| 10/16/2022 | DSC | Update data files for Schedule G for Mariner Health Central | SOL | Schedules & SOFA | 1.10 |
| 10/16/2022 | DSC | Update data files for Schedule G for Parkview Operating Company | SOL | Schedules & SOFA | 1.10 |
| 10/16/2022 | DSC | Review SOFA draft for Mariner Health Central | SOL | Schedules & SOFA | 1.20 |
| 10/16/2022 | DSC | Review SOFA draft for Parkview Holding Company | SOL | Schedules & SOFA | 0.90 |
| 10/16/2022 | DSC | Coordinate review of SOAL drafts for all debtors | SOL | Schedules & SOFA | 0.50 |
| 10/16/2022 | DSC | Review and track correspondence from D Forsh re SOAL updates | SOL | Schedules & SOFA | 1.00 |
| 10/16/2022 | JMG | Perform quality review of Schedules and SOFAs for all Debtors to ensure accuracy and completeness | SOL | Schedules & SOFA | 3.40 |
| 10/16/2022 | JMG | Format updated files for Schedule EF Part 3; upload or input same into KCC CaseView | SOL | Schedules & SOFA | 1.00 |
| 10/16/2022 | JMG | Review and update master files for schedule EF Part 2; follow-up correspondence re same | SOL | Schedules & SOFA | 1.00 |
| 10/16/2022 | JMG | Review and track changes to schedules and sofa data files; review update of same for accuracy and completeness | SOL | Schedules & SOFA | 0.60 |
| 10/16/2022 | DPM | Attention to several emails received overnight and in the morning; adding to KCC tracking | SOL | Schedules & SOFA | 0.90 |
| 10/16/2022 | DPM | Prepare updates to SOFA 3 data per information received from Counsel; input into KCC CaseView | SOL | Schedules & SOFA | 0.80 |
| 10/16/2022 | DPM | Prepare updates to SOFA 4 data per correspondence from Counsel; input into KCC CaseView | SOL | Schedules & SOFA | 0.70 |
| 10/16/2022 | DPM | Prepare global updates to Schedules data in KCC CaseView | SOL | Schedules & SOFA | 0.70 |

Case: 22-41079   Doc# 330   Filed: 12/30/22   Entered: 12/30/22 16:07:12   Page 24 of 27

# *Kurtzman Carson Consultants LLC*

## 10/01/2022 - 10/31/2022

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 10/16/2022 | DPM | Perform quality review of Schedules and SOFAs for all Debtors to ensure accuracy and completeness | SOL | Schedules & SOFA | 1.40 |
| 10/16/2022 | DPM | Generate and review Schedules SOFA drafts; prepare comments and updates re same | SOL | Schedules & SOFA | 0.80 |
| 10/16/2022 | WRG | Update SOFAs per correspondence from Counsel/Company | SOL | Schedules & SOFA | 1.00 |
| 10/16/2022 | WRG | QC recent updates versus data summaries | SOL | Schedules & SOFA | 0.40 |
| 10/16/2022 | WRG | Review revised draft SOFAs and SOALs | SOL | Schedules & SOALs | 1.20 |
| 10/16/2022 | WRG | Update Schedule SOAL A/B 77 per information from Company/Counsel | SOL | Schedules & SOFA | 0.20 |
| 10/16/2022 | WRG | Discussion with KCC team re open items and timetable | SOL | Schedules & SOFA | 0.20 |
| | | | | **Total for 10/16/2022** | **23.80** |
| 10/17/2022 | PAL | Emails from Case Team and counsel re finalization of Schedules and SOFAs and posting to public access website | SOL | Schedules & SOFA | 0.70 |
| 10/17/2022 | DSC | Update SOAL F and G with data provided by K Owens | SOL | Schedules & SOFA | 1.20 |
| 10/17/2022 | DSC | Oversee update Schedule EF Part 3 entries and ties to EF Part 2 entries | SOL | Schedules & SOFA | 2.00 |
| 10/17/2022 | DSC | Conference call with Raines Feldman and SCP re SOAL/SOFA drafts | SOL | Schedules & SOFA | 0.40 |
| 10/17/2022 | DSC | Review and track correspondence re SOAL/SOFA updates | SOL | Schedules & SOFA | 0.70 |
| 10/17/2022 | JMG | Review and update data files for schedule EF Part 2; follow-up correspondence re same | SOL | Schedules & SOFA | 1.00 |
| 10/17/2022 | JMG | Perform quality review of Schedules and SOFA drafts for all Debtors to ensure accuracy and completeness | SOL | Schedules & SOFA | 2.00 |
| 10/17/2022 | JMG | Review and update data files for schedule G; follow-up correspondence re same | SOL | Schedules & SOFA | 1.10 |
| 10/17/2022 | JMG | Review and update data files for schedule EF Part 3; follow-up correspondence re same | SOL | Schedules & SOFA | 1.20 |
| 10/17/2022 | DPM | Perform quality review of Schedules and SOFAs for all Debtors to ensure accuracy and completeness | SOL | Schedules & SOFA | 1.10 |
| 10/17/2022 | DPM | Generate and review Schedules SOFA drafts; prepare comments and updates re same | SOL | Schedules & SOFA | 0.60 |
| 10/17/2022 | DPM | Discussion with KCC Case team, Raines Feldman re: misc. schedule and SOFA issues | SOL | Schedules & SOFA | 0.50 |
| 10/17/2022 | DPM | Discussion with AS of SCP re: various Schedule and SOFA updates, KCC Case Team | SOL | Schedules & SOFA | 0.30 |
| 10/17/2022 | DPM | Prepare updates to Schedules AB7, AB55, AB77; input into KCC CaseView | SOL | Schedules & SOFA | 1.20 |
| 10/17/2022 | DPM | Prepare updates to SOFA 3, SOFA 4, SOFA 7, SOFA 11, SOFA 28 per correspondence from Counsel; input into KCC CaseView | SOL | Schedules & SOFA | 2.50 |
| 10/17/2022 | DPM | Prepare for and attend conference call re Schedules & SOFA updates and review data received to date; prepare updates to master tracking sheet re: meeting notes and updates to tracking sheets | SOL | Schedules & SOFA | 0.30 |
| 10/17/2022 | DPM | Review Schedules and SOFA attachments in KCC CaseView for accuracy and completeness | SOL | Schedules & SOFA | 1.80 |
| 10/17/2022 | DPM | Generate and review Schedules, SOFA finals; prepare comments and updates re same | SOL | Schedules & SOFA | 1.80 |
| 10/17/2022 | WRG | Update SOFAs and SOALs per correspondence | SOL | Schedules & SOFA | 1.00 |
| 10/17/2022 | WRG | Review revised draft SOFAs and SOALs | SOL | Schedules & SOFA | 0.50 |
| 10/17/2022 | WRG | Review correspondence re SOFA question 26a and update re same | SOL | Schedules & SOFA | 0.20 |
| 10/17/2022 | WRG | Teleconference with Raines Feldman, SierraConstellation and KCC personnel re draft SOFA and SOAL comments | SOL | Schedules & SOFA | 0.50 |
| 10/17/2022 | WRG | Research issues per 10/17 teleconference | SOL | Schedules & SOFA | 0.30 |

Case: 22-41079   Doc# 330   Filed: 12/30/22   Entered: 12/30/22 16:07:12   Page 25 of 27

# Kurtzman Carson Consultants LLC

### 10/01/2022 - 10/31/2022

## Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 10/17/2022 | WRG | Update Schedule A/B 7 per information from Counsel | SOL | Schedules & SOFA | 0.20 |
| 10/17/2022 | WRG | Update SOAL per correspondence from counsel | SOL | Schedules & SOFA | 0.30 |
| 10/17/2022 | WRG | QC recent updates versus summary data reports | SOL | Schedules & SOFA | 0.30 |
| 10/17/2022 | WRG | Perform updates to SOFA and SOAL per correspondence | SOL | Schedules & SOFA | 1.40 |
| 10/17/2022 | WRG | Update SOFA per correspondence and prepare file-ready drafts | SOL | Schedules & SOFA | 1.80 |
| | | | | **Total for 10/17/2022** | **26.90** |
| 10/18/2022 | DSC | Finalize SOAL E/F/G/H master files with same line numbers as filed versions and redacted claimant information | SOL | Schedules & SOFA | 1.50 |
| 10/18/2022 | DPM | Prepare final templates per request from Counsel | SOL | Schedules & SOFA | 1.80 |
| 10/18/2022 | DPM | Continue preparing final Templates per instructions from Counsel | SOL | Schedules & SOFA | 1.00 |
| 10/18/2022 | WRG | Prepare data templates for Raines Feldman | SOL | Schedules & SOFA | 1.30 |
| | | | | **Total for 10/18/2022** | **5.60** |
| | | | | **Total Hours** | **267.50** |

US_KCC2384644 Mariner Health Central Inc.

Case: 22-41079   Doc# 330   Filed: 12/30/22   Entered: 12/30/22 16:07:12   Page 26 of 27

# Kurtzman Carson Consultants LLC

10/01/2022 - 10/31/2022

## *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| | | | |

*Total Expenses*

Case: 22-41079   Doc# 330   Filed: 12/30/22   Entered: 12/30/22 16:07:12   Page 27 of 27