Maxim B. Litvak (SBN 215852)
**PACHULSKI STANG ZIEHL & JONES LLP**
One Sansome Street, Suite 3430
San Francisco, CA 94104
Telephone: 415.263.7000
Email: mlitvak@pszjlaw.com

Hamid R. Rafatjoo (SNB 181564)
**RAINES FELDMAN LLP**
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: 310.440.4100
Facsimile: 310.691.1367
Email: hrafatjoo@raineslaw.com

Carollynn H.G. Callari (*pro hac vice*)
David S. Forsh (*pro hac vice*)
**RAINES FELDMAN LLP**
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019
Telephone: 917.790.7100
Email: ccallari@raineslaw.com
         dforsh@raineslaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al.*,[1] | Case No. 4:22-bk-41079-WJL |
| Debtors. | (Jointly Administered) |
| | **AMENDED NOTICE OF DEBTORS' MOTION TO EXTEND EXCLUSIVITY PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE** |
| | [No Hearing Required] |
| | The Hon. William J. Lafferty III |

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on January 13, 2023, the debtors and debtors in possession in the above-captioned bankruptcy cases (collectively, the "**Debtors**") filed the *Debtors' Motion to Extend Exclusivity Pursuant to Section 1121(d) of the Bankruptcy Code* (the "**Motion**") seeking extension of the Debtors' period of exclusivity for filing a plan to **April 17, 2023**, and of the Debtors' period for obtaining acceptance of such plan to **June 16, 2023**, without prejudice to the Debtors' right to seek additional extensions of such periods.

**PLEASE TAKE FURTHER NOTICE** that a proposed order granting the relief requested in the Motion is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously herewith, the Debtors have filed a motion to shorten time with respect to the Motion requesting that any responses or oppositions to the Motion to be filed and served no later than **January 16, 2023** and setting a hearing on the Motion, if any, on or before **January 17, 2023**.

**PLEASE TAKE FURTHER NOTICE** that the Court may enter the proposed order and grant the relief requested in the Motion without further notice or hearing.

Dated: January 13, 2023        **RAINES FELDMAN LLP**

         */s/ Hamid R. Rafatjoo*
Hamid R. Rafatjoo
Carollynn H.G. Callari (*pro hac vice*)
David S. Forsh (*pro hac vice*)

*Counsel for the Debtors and Debtors in Possession*

# EXHIBIT A

**(Proposed Order Shortening Time)**

1 | Maxim B. Litvak (SBN 215852)
**PACHULSKI STANG ZIEHL & JONES LLP**
2 | One Sansome Street, Suite 3430
San Francisco, CA 94104
3 | Telephone: 415.263.7000
Email: mlitvak@pszjlaw.com
4 |
Hamid R. Rafatjoo (SNB 181564)
5 | **RAINES FELDMAN LLP**
1800 Avenue of the Stars, 12th Floor
6 | Los Angeles, CA 90067
Telephone: 310.440.4100
7 | Facsimile: 310.691.1367
Email: hrafatjoo@raineslaw.com
8 |
Carollynn H.G. Callari (*pro hac vice*)
9 | David S. Forsh (*pro hac vice*)
**RAINES FELDMAN LLP**
10 | 1350 Avenue of the Americas, 22nd Floor
New York, NY 10019
11 | Telephone: 917.790.7100
Email: ccallari@raineslaw.com
12 |     dforsh@raineslaw.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al.*,[1] | Case No. 4:22-bk-41079-WJL |
| Debtors. | (Jointly Administered) |
| | **ORDER GRANTING MOTION TO SHORTEN TIME ON DEBTORS' MOTION TO EXTEND EXCLUSIVITY PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE** |
| | [No Hearing Required] |
| | The Hon. William J. Lafferty III |

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

Upon the *Ex Parte Motion to Shorten Time on Debtors' Motion to Extend Exclusivity Pursuant to Section 1121(d) of the Bankruptcy Code* (the "**Motion**") dated January 13, 2023 of the debtors and debtors in possession in the above-captioned bankruptcy cases (collectively, the "**Debtors**"); and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as provided herein.

2. [The hearing on the *Debtors' Motion to Extend Exclusivity Pursuant to Section 1121(d) of the Bankruptcy Code* (the "**Exclusivity Motion**") will be held on **January 17, 2023 at [●] via ZoomGov.**]

3. Any responses or objections to the Exclusivity Motion shall be filed and served no later than **January 16, 2023**.

4. The Debtors shall promptly serve a copy of this Order by email on all parties filing a notice of appearance in these chapter 11 cases.

** END OF ORDER **