GREGORY S. POWELL (CA SBN 182199)
Assistant United States Trustee
JASON BLUMBERG (CA SBN 330150)
Trial Attorney
ELVINA ROFAEL (CA SBN 333919)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the U.S. Trustee
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Telephone: (415) 252-2080
Facsimile: (415) 705-3379
Email: jason.blumberg@usdoj.gov
       elvina.rofael@usdoj.gov

Attorneys for Tracy Hope Davis,
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>MARINER HEALTH CENTRAL, INC., *et al.*,<br><br>Debtors.[1] | Bankruptcy Case<br>No. 22-41079 WJL (lead case)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>Hearing Date: Hearing Requested<br>Hearing Time: Hearing Requested<br>Location: In Person or Zoom<br><br>Judge: William J. Lafferty |

**DECLARATION OF IANTHE DEL ROSARIO IN SUPPORT OF THE OBJECTION AND RESERVATION OF RIGHTS OF THE UNITED STATES TRUSTEE TO THE AMENDED FIRST INTERIM FEE APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP (ECF NO. 465)**

---

[1] The Debtors, along with the last four digits of each Debtors' tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

I, Ianthe V. del Rosario, declare and state as follows:

1. I am a Paralegal Specialist for the United States Department of Justice, San Francisco, California Office of the United States Trustee (the "UST"). I am the Paralegal Specialist assigned to the bankruptcy proceeding of Mariner Health Central, Inc. *et al.*, Chapter 11 Case no. 22-41079 (lead case).

2. On March 3, 2023, I was copied on an email from Cheryl Knotts of Pachulski Stang Ziehl & Jones LLP (the "Firm") to Elvina Rofael, a Trial Attorney for the UST. Ms. Knotts's email attached LEDES files containing billing data with respect to the Firm's first interim fee application. The LEDES files covered the period of September 19, 2022 through November 30, 2022.

3. Based on a review of the LEDES files, the UST's office has identified certain objections to the fees requested in the first interim fee application (ECF No. 465). Specifically, *Exhibit A* attached hereto contains objections based on:

- Time entries for which multiple timekeepers billed for the same hearing. The fee objections in this category total approximately $16,705.

- Time entries for which the recorded time exceeds the amount reflected in the underlying task descriptions. The fee objections in this category total approximately $169.

- Time entries for which transitory timekeepers billed less than ten hours on the case. The fee objections in this category total approximately $16,551.50.

- Time entries that may be too vague to allow the Court to make a meaningful assessment of the necessity of the communication and/or services described therein. The fee objections in this category total approximately $10,112.50.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed in Daly City, California on March 21, 2023.

                                         */s/ Ianthe V. del Rosario*
                                         Ianthe V. del Rosario
                                         Paralegal Specialist
                                         for the United States Trustee