# OBJECTION DETAIL

| | | |
|---|---|---|
| TOTAL FEE OBJECTIONS: | | $43,538.00 |
| TOTAL EXPENSE OBJECTIONS: | | $0.00 |
| TOTAL OF ALL OBJECTIONS: | | $43,538.00 |

**Codes:** MC- miscounted hours; DC- double counted time value; DU- duplicate time entry or segment; CD- conference time discrepancy; HD- hearing time discrepancy; BL- block billing; VA- vague fee entry; TG- transitory timekeeping or grazing; RD- staffing redundancy; SE- seniority/task mismatch; RC- non-compensable retention/compensation task; CS- excessive conference staffing; HA- excessive hearing attendance; LT- excessive time billed for routine task; HH- excessive hours billed in day by timekeeper; RI- rate increase; UT- untimely fee or expense; BI- global reduction based on billing increment issues;  NC- noncompensable/overhead timekeeper; TR- Non-working travel billed at full rate; EX- unauthorized or excessive expense; OT- other

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 9/21/2022 | Cairns,Timothy | Attend first day hearing | BL-Bankruptcy Litigation | 1.50 | $1,492.50 | HA (segment 1) | 1.50 | $1,492.50 | Excessive number of timekeepers (3) billed for this hearing (segment 1) |
| 9/21/2022 | Caloway,Mary | Attend first day hearing. | BL-Bankruptcy Litigation | 2.50 | $2,987.50 | HA (segment 1) | 2.50 | $2,987.50 | Excessive number of timekeepers (3) billed for this hearing (segment 1) |
| 10/25/2022 | Caloway,Mary | Attend hearing on venue transfer. | BL-Bankruptcy Litigation | 2.30 | $2,748.50 | HA (segment 1) | 2.30 | $2,748.50 | Excessive number of timekeepers (2) billed for this hearing (segment 1) |
| 11/8/2022 | Pachulski,Richard | Prepare for and participate on Court hearing. | BL-Bankruptcy Litigation | 2.30 | $4,013.50 | HA (segment 1) | 2.30 | $4,013.50 | Excessive number of timekeepers (between PSZJ & RF) billed for this hearing (segment 1) |
| 11/16/2022 | Pachulski,Richard | Prepare for and participate on Court hearing and follow-up calls with C Barbarosh and H Rafatjoo. | BL-Bankruptcy Litigation | 2.40 | $4,188.00 | HA (segment 1) | 2.40 | $4,188.00 | Excessive number of timekeepers (between PSZJ & RF) billed for this hearing (segment 1) |
| 11/8/2022 | Litvak,Maxim | Attend status conference (in part) | BL-Bankruptcy Litigation | 1.00 | $1,275.00 | HA (segment 1) | 1.00 | $1,275.00 | Excessive number of timekeepers (between PSZJ & RF) billed for this hearing (segment 1) |
| 9/28/2022 | Densmore,Ian | Review docket to update Critical Dates memorandum (.1); remind attorneys of upcoming deadlines (.1) | CA-Case Administration | 0.30 | $148.50 | MC | 0.10 | $49.50 | Total hours recorded (0.3) is more than sum of subpart hours (0.2) |
| 10/3/2022 | Caloway,Mary | Emails with co-counsel regarding notice of disaggregated budgets (.1); revise and finalize same (.1); emails with D. Potts and KCC regarding filing and service of same (.1) | FN-Financing | 0.40 | $478.00 | MC | 0.10 | $119.50 | Total hours recorded (0.4) is more than sum of subpart hours (0.3) |
| 9/21/2022 | Bertenthal,David | Brief research re potential plan issue per call with LDJ | PD-Plan and disclosure statement | 0.40 | $558.00 | TG (segment 1) | 0.40 | $558.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (.4 hours).   (segment 1) |
| 10/12/2022 | Keane,Peter | Begin research re venue issues, emails with LDJ re same | BL-Bankruptcy Litigation | 1.60 | $1,480.00 | TG (segment 1) | 1.60 | $1,480.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (4.8 hours).   (segment 1) |
| 10/13/2022 | Keane,Peter | Additional venue research, emails with L Forrester re same | BL-Bankruptcy Litigation | 1.20 | $1,110.00 | TG (segment 1) | 1.20 | $1,110.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (4.8 hours).   (segment 1) |
| 10/18/2022 | Corma,Edward | Conduct legal research re retention of counsel for independent directors. | RPO-Ret. of Prof./Other | 2.10 | $1,417.50 | TG (segment 1) | 2.10 | $1,417.50 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (4.1 hours).   (segment 1) |
| 10/18/2022 | Corma,Edward | Prepare memo describing cases involving estate retention of separate counsel for independent directors. | RPO-Ret. of Prof./Other | 1.60 | $1,080.00 | TG (segment 1) | 1.60 | $1,080.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (4.1 hours).   (segment 1) |
| 10/18/2022 | Corma,Edward | Prepare email to Laura Davis Jones re information on cases involving retention of counsel for independent directors. | RPO-Ret. of Prof./Other | 0.10 | $67.50 | TG (segment 1) | 0.10 | $67.50 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (4.1 hours).   (segment 1) |
| 10/18/2022 | Corma,Edward | Review emails from Laura Davis Jones, Katten/Raines counsel, and US Trustee's Office re re issue with independent director and retention of separate counsel. | RPO-Ret. of Prof./Other | 0.30 | $202.50 | TG (segment 1) | 0.30 | $202.50 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (4.1 hours).   (segment 1) |

| Date | Timekeeper | Narrative | Billing Code | Hours/Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 10/19/2022 | Levine, Beth | Telephone conference with Laura Davis Jones and John A. Morris regarding litigation issues. | BL-Bankruptcy Litigation | 0.20 | $209.00 | TG (segment 1) | 0.20 | $209.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (4.4 hours). (segment 1) |
| 10/20/2022 | Levine, Beth | Prepare for call regarding committee issues. | BL-Bankruptcy Litigation | 0.80 | $836.00 | TG (segment 1) | 0.80 | $836.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (4.4 hours). (segment 1) |
| 10/20/2022 | Levine, Beth | Telephone conference with Laura Davis Jones, John A. Morris, Hamid Rafatjoo and D. Forsh regarding committee issues. | BL-Bankruptcy Litigation | 0.90 | $940.50 | TG (segment 1) | 0.90 | $940.50 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (4.4 hours). (segment 1) |
| 10/20/2022 | Levine, Beth | Telephone conference with John A. Morris regarding committee issues. | BL-Bankruptcy Litigation | 0.10 | $104.50 | TG (segment 1) | 0.10 | $104.50 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (4.4 hours). (segment 1) |
| 10/21/2022 | Levine, Beth | Review information regarding UCC members prepared by D. Forsh. | GC-General Creditors Comm. | 0.40 | $418.00 | TG (segment 1) | 0.40 | $418.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (4.4 hours). (segment 1) |
| 10/23/2022 | Levine, Beth | Email John A. Morris regarding committee issues. | BL-Bankruptcy Litigation | 0.10 | $104.50 | TG (segment 1) | 0.10 | $104.50 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (4.4 hours). (segment 1) |
| 10/23/2022 | Levine, Beth | Telephone conference with John A. Morris regarding committee issues. | BL-Bankruptcy Litigation | 0.10 | $104.50 | TG (segment 1) | 0.10 | $104.50 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (4.4 hours). (segment 1) |
| 10/24/2022 | Levine, Beth | Prepare for call regarding committee issues. | BL-Bankruptcy Litigation | 0.50 | $522.50 | TG (segment 1) | 0.50 | $522.50 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (4.4 hours). (segment 1) |
| 10/24/2022 | Levine, Beth | Telephone conference with Laura Davis Jones, John A. Morris, Hamid R. Rafatjoo and Mary F. Caloway regarding committee issues. | BL-Bankruptcy Litigation | 0.60 | $627.00 | TG (segment 1) | 0.60 | $627.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (4.4 hours). (segment 1) |
| 10/25/2022 | Keane, Peter | Emails with cocounsel re edits to protective order markup, attention to same, email to UCC counsel re same | GC-General Creditors Comm. | 0.60 | $555.00 | TG (segment 1) | 0.60 | $555.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (4.8 hours). (segment 1) |
| 10/31/2022 | Brown, Kenneth | Call with R. Pachulski and M. Litvak re potential representation of independent director and investigation of alter ego and related claims against corporate parent | RPO-Ret. of Prof./Other | 0.90 | $1,255.50 | TG (segment 1) | 0.90 | $1,255.50 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (0.9 hours). Non-productive work in a billing category for which the timekeeper performed minimal substantive work (0 hours substantive work billed under this code). Disproportionate amount of non-productive time billed by timekeeper in this application (0.9 out of 0.9 total hours billed). (segment 1) |
| 10/31/2022 | Litvak, Maxim | Call with R. Pachulski and K. Brown re PSZJ engagement issues. | RP-Retention of Prof. | 0.90 | $1,147.50 | TG (segment 1) | 0.90 | $1,147.50 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (8.5 hours). Non-productive work in a billing category for which the timekeeper performed minimal substantive work (0 hours substantive work billed under this code). (segment 1) |
| 11/2/2022 | Litvak, Maxim | Attention to notice to withdraw re Kadden; emails with co-counsel re same. | BL-Bankruptcy Litigation | 0.10 | $127.50 | TG (segment 1) | 0.10 | $127.50 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (8.5 hours). (segment 1) |

| Date | Timekeeper | Narrative | Billing Code | Hours/Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 11/8/2022 | Litvak, Maxim | Review case docket; recent filings. | CA-Case Administration | 0.10 | $127.50 | TG (segment 1) | 0.10 | $127.50 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (8.5 hours). (segment 1) |
| 11/8/2022 | Litvak, Maxim | Coordinate hearing attendance; emails with R. Pachulski re same. | BL-Bankruptcy Litigation | 0.20 | $255.00 | TG (segment 1) | 0.20 | $255.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (8.5 hours). (segment 1) |
| 11/10/2022 | Litvak, Maxim | Emails with team and co-counsel re adversary proceeding status. | BL-Bankruptcy Litigation | 0.10 | $127.50 | TG (segment 1) | 0.10 | $127.50 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (8.5 hours). (segment 1) |
| 11/11/2022 | Litvak, Maxim | Review draft statement re deadlines; emails with co-counsel and team re same. | BL-Bankruptcy Litigation | 0.20 | $255.00 | TG (segment 1) | 0.20 | $255.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (8.5 hours). (segment 1) |
| 11/11/2022 | Litvak, Maxim | Review supplemental filings re independent director retention; coordinate with R. Pachulski re same. | RPO-Ret. of Prof./Other | 0.30 | $382.50 | TG (segment 1) | 0.30 | $382.50 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (8.5 hours). (segment 1) |
| 10/23/2022 | Levine, Beth | Analysis of committee issues. | BL-Bankruptcy Litigation | 0.70 | $731.50 | TG (segment 1) | 0.70 | $731.50 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (4.4 hours). (segment 1) |
| 11/15/2022 | Litvak, Maxim | Review docket and recent filings; update R. Pachulski re same. | CA-Case Administration | 0.40 | $510.00 | TG (segment 1) | 0.40 | $510.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (8.5 hours). (segment 1) |
| 10/24/2022 | Keane, Peter | Emails with PSZJ team re protective order (.2) review and markup same (.3); further emails with PSZJ team and research/edits to draft protective order (.7); email to cocounsel re same (.2). | GC-General Creditors Comm. | 1.40 | $1,295.00 | TG (segment 1) TG (segment 2) TG (segment 3) TG (segment 4) | 1.40 | $1,295.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (4.8 hours). (segment 1) Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (4.8 hours). (segment 2) Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (4.8 hours). (segment 3) Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (4.8 hours). (segment 4) |
| 9/19/2022 | Caloway, Mary | Emails regarding amended matrix. | CA-Case Administration | 0.10 | $119.50 | VA (segment 1) | 0.05 | $59.75 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 9/19/2022 | Caloway, Mary | Emails regarding first day hearing. | BL-Bankruptcy Litigation | 0.10 | $119.50 | VA (segment 1) | 0.05 | $59.75 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 9/19/2022 | Caloway, Mary | Review revised Index and emails with TPC and ID regarding same. | BL-Bankruptcy Litigation | 0.10 | $119.50 | VA (segment 1) | 0.05 | $59.75 | Vague fee entry. Does not adequately describe subject of task. (segment 1) |
| 9/19/2022 | Caloway, Mary | Emails regarding insurance issues. | IC-Insurance Coverage | 0.10 | $119.50 | VA (segment 1) | 0.05 | $59.75 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 9/20/2022 | Caloway, Mary | Emails regarding Zoom appearances. | BL-Bankruptcy Litigation | 0.20 | $239.00 | VA (segment 1) | 0.10 | $119.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 9/20/2022 | Caloway, Mary | Emails regarding UST request regarding patient omsbudsman. | BL-Bankruptcy Litigation | 0.10 | $119.50 | VA (segment 1) | 0.05 | $59.75 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |

| Date | Timekeeper | Narrative | Billing Code | Hours/Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 9/20/2022 | Caloway,Mary | Emails regarding KCC supplemental declaration. | RPO-Ret. of Prof./Other | 0.10 | $119.50 | VA (segment 1) | 0.05 | $59.75 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 9/20/2022 | Caloway,Mary | Emails regarding orders and service issues. | BL-Bankruptcy Litigation | 0.30 | $358.50 | VA (segment 1) | 0.15 | $179.25 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 9/20/2022 | Caloway,Mary | Emails regarding second day hearing. | BL-Bankruptcy Litigation | 0.10 | $119.50 | VA (segment 1) | 0.05 | $59.75 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 9/20/2022 | Caloway,Mary | Emails regarding IDI. | FF-Financial Filings | 0.10 | $119.50 | VA (segment 1) | 0.05 | $59.75 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 9/21/2022 | Neil,Karen | Maintain document control. | CA-Case Administration | 0.20 | $79.00 | VA (segment 1) | 0.10 | $39.50 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task. (segment 1) |
| 9/22/2022 | Caloway,Mary | Emails regarding claim issues. | CO-Claims Admin/Objections | 0.10 | $119.50 | VA (segment 1) | 0.05 | $59.75 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 9/22/2022 | Caloway,Mary | Emails regarding monitor and patient ombusman. | BL-Bankruptcy Litigation | 0.10 | $119.50 | VA (segment 1) | 0.05 | $59.75 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 9/22/2022 | Paul,Andrea | Maintain document control. | CA-Case Administration | 0.40 | $158.00 | VA (segment 1) | 0.20 | $79.00 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task.Boilerplate/repeated fee description. (segment 1) |
| 9/28/2022 | Caloway,Mary | EMails regarding OCP, interim comp and retention applications. | RPO-Ret. of Prof./Other | 0.20 | $239.00 | VA (segment 1) | 0.10 | $119.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 9/28/2022 | Paul,Andrea | Maintain document control. | CA-Case Administration | 0.40 | $158.00 | VA (segment 1) | 0.20 | $79.00 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task.Boilerplate/repeated fee description. (segment 1) |
| 9/29/2022 | Paul,Andrea | Maintain document control. | CA-Case Administration | 0.40 | $158.00 | VA (segment 1) | 0.20 | $79.00 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task.Boilerplate/repeated fee description. (segment 1) |
| 9/30/2022 | Caloway,Mary | Emails regarding IDI materials. | FF-Financial Filings | 0.20 | $239.00 | VA (segment 1) | 0.10 | $119.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 10/3/2022 | Caloway,Mary | Review and revise draft notices of today's pleadings. | BL-Bankruptcy Litigation | 0.40 | $478.00 | VA (segment 1) | 0.20 | $239.00 | Vague fee entry. Does not adequately describe subject of task. (segment 1) |
| 10/3/2022 | Caloway,Mary | Emails with LDJ and TPC regarding today's and upcoming filings. | BL-Bankruptcy Litigation | 0.20 | $239.00 | VA (segment 1) | 0.10 | $119.50 | Vague fee entry. Does not adequately describe subject of task. (segment 1) |
| 10/4/2022 | Caloway,Mary | Emails regarding EC notifications. | CA-Case Administration | 0.20 | $239.00 | VA (segment 1) | 0.10 | $119.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 10/4/2022 | Paul,Andrea | Maintain document control. | CA-Case Administration | 0.20 | $79.00 | VA (segment 1) | 0.10 | $39.50 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task.Boilerplate/repeated fee description. (segment 1) |
| 10/5/2022 | Cairns,Timothy | Work with team re: various issues related to 341 meeting | MC-Meeting of Creditors | 0.40 | $398.00 | VA (segment 1) | 0.20 | $199.00 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 10/5/2022 | Paul,Andrea | Maintain document control. | CA-Case Administration | 0.20 | $79.00 | VA (segment 1) | 0.10 | $39.50 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task.Boilerplate/repeated fee description. (segment 1) |
| 10/6/2022 | Paul,Andrea | Maintain document control. | CA-Case Administration | 0.30 | $118.50 | VA (segment 1) | 0.15 | $59.25 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task.Boilerplate/repeated fee description. (segment 1) |
| 10/7/2022 | Caloway,Mary | Emails regarding pleadings filed in adversary actions. | BL-Bankruptcy Litigation | 0.20 | $239.00 | VA (segment 1) | 0.10 | $119.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |

| Date | Timekeeper | Narrative | Billing Code | Hours/Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 10/7/2022 | Caloway,Mary | Emails re patient ombudsman appointment. | BL-Bankruptcy Litigation | 0.10 | $119.50 | VA (segment 1) | 0.05 | $59.75 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 10/10/2022 | Caloway,Mary | EMails regarding adversary issues. | BL-Bankruptcy Litigation | 0.20 | $239.00 | VA (segment 1) | 0.10 | $119.50 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe other parties to communication. (segment 1) |
| 10/10/2022 | Caloway,Mary | EMails regarding Integra adversary action issues. | BL-Bankruptcy Litigation | 0.20 | $239.00 | VA (segment 1) | 0.10 | $119.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 10/11/2022 | Paul,Andrea | Maintain document control. | CA-Case Administration | 0.40 | $158.00 | VA (segment 1) | 0.20 | $79.00 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task.Boilerplate/repeated fee description. (segment 1) |
| 10/12/2022 | Cairns,Timothy | Review correspondence and discuss various litigation issues with team | BL-Bankruptcy Litigation | 0.40 | $398.00 | VA (segment 1) | 0.20 | $199.00 | Vague fee entry. Does not adequately describe subject of task. (segment 1) |
| 10/12/2022 | Caloway,Mary | Emails regarding KCC 327 retention application. | RPO-Ret. of Prof./Other | 0.10 | $119.50 | VA (segment 1) | 0.05 | $59.75 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 10/12/2022 | Jones,Laura | Work on venue motion issues, strategy | BL-Bankruptcy Litigation | 2.80 | $4,410.00 | VA (segment 1) | 1.40 | $2,205.00 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 10/12/2022 | Paul,Andrea | Maintain document control. | CA-Case Administration | 0.50 | $197.50 | VA (segment 1) | 0.25 | $98.75 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task.Boilerplate/repeated fee description. (segment 1) |
| 10/13/2022 | Caloway,Mary | Emails regarding wage issues (.1); review same (.1) | EB-Employee benefits/ pensions | 0.20 | $239.00 | VA (segment 1) | 0.05 | $59.75 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 10/13/2022 | Caloway,Mary | Emails regarding venue transfer motion and objection thereto (.2); review and comment to same (.9) | BL-Bankruptcy Litigation | 1.10 | $1,314.50 | VA (segment 1) | 0.10 | $119.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 10/13/2022 | Paul,Andrea | Maintain document control. | CA-Case Administration | 0.20 | $79.00 | VA (segment 1) | 0.10 | $39.50 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task.Boilerplate/repeated fee description. (segment 1) |
| 10/16/2022 | Caloway,Mary | Emails regarding patient care ombudsman. | BL-Bankruptcy Litigation | 0.10 | $119.50 | VA (segment 1) | 0.05 | $59.75 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 10/17/2022 | Caloway,Mary | Emails regarding bar date motion. | CO-Claims Admin/Objections | 0.10 | $119.50 | VA (segment 1) | 0.05 | $59.75 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 10/17/2022 | Caloway,Mary | Emails re November omnibus hearing date. | CA-Case Administration | 0.30 | $358.50 | VA (segment 1) | 0.15 | $179.25 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 10/17/2022 | Caloway,Mary | Emails regarding PCO appointment. | BL-Bankruptcy Litigation | 0.20 | $239.00 | VA (segment 1) | 0.10 | $119.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 10/17/2022 | Caloway,Mary | Emails regarding Schedules. | FF-Financial Filings | 0.20 | $239.00 | VA (segment 1) | 0.10 | $119.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 10/17/2022 | Paul,Andrea | Maintain document control. | CA-Case Administration | 0.60 | $237.00 | VA (segment 1) | 0.30 | $118.50 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task.Boilerplate/repeated fee description. (segment 1) |
| 10/18/2022 | Caloway,Mary | Emails regarding final Schedules and SOFAs for filing. | FF-Financial Filings | 0.20 | $239.00 | VA (segment 1) | 0.10 | $119.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 10/18/2022 | Caloway,Mary | Emails regarding Katten retention application issues. | RPO-Ret. of Prof./Other | 0.20 | $239.00 | VA (segment 1) | 0.10 | $119.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 10/18/2022 | Neil,Karen | Maintain document control. | CA-Case Administration | 0.30 | $118.50 | VA (segment 1) | 0.15 | $59.25 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task. (segment 1) |

| Date | Timekeeper | Narrative | Billing Code | Hours/Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 10/18/2022 | Paul, Andrea | Maintain document control. | CA-Case Administration | 0.30 | $118.50 | VA (segment 1) | 0.15 | $59.25 | Vague fee entry. Does not adequately describe subject of task. Does not adequately describe nature of task. Boilerplate/repeated fee description. (segment 1) |
| 10/19/2022 | Caloway, Mary | Review drafts of responses to Committee motions. | BL-Bankruptcy Litigation | 0.30 | $358.50 | VA (segment 1) | 0.15 | $179.25 | Vague fee entry. Does not adequately describe subject of task. (segment 1) |
| 10/19/2022 | Caloway, Mary | Emails regarding oppositions and replies to be filed. | BL-Bankruptcy Litigation | 0.20 | $239.00 | VA (segment 1) | 0.10 | $119.50 | Vague fee entry. Does not adequately describe subject of task. (segment 1) |
| 10/19/2022 | Caloway, Mary | Emails with group regarding order, import and impact. | BL-Bankruptcy Litigation | 0.20 | $239.00 | VA (segment 1) | 0.10 | $119.50 | Vague fee entry. Does not adequately describe subject of task. (segment 1) |
| 10/19/2022 | Caloway, Mary | Emails regarding Katten retention issues. | RPO-Ret. of Prof./Other | 0.10 | $119.50 | VA (segment 1) | 0.05 | $59.75 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 10/19/2022 | Paul, Andrea | Maintain document control. | CA-Case Administration | 0.40 | $158.00 | VA (segment 1) | 0.20 | $79.00 | Vague fee entry. Does not adequately describe subject of task. Does not adequately describe nature of task. Boilerplate/repeated fee description. (segment 1) |
| 10/20/2022 | Caloway, Mary | Emails with group regarding Replies to be filed. | BL-Bankruptcy Litigation | 0.10 | $119.50 | VA (segment 1) | 0.05 | $59.75 | Vague fee entry. Does not adequately describe subject of task. (segment 1) |
| 10/20/2022 | Caloway, Mary | Emails regarding adjournment of Katten retention application | RPO-Ret. of Prof./Other | 0.10 | $119.50 | VA (segment 1) | 0.05 | $59.75 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 10/20/2022 | Jones, Laura | Continued work on stay extension issues, strategy | SL-Stay Litigation | 1.50 | $2,362.50 | VA (segment 1) | 0.75 | $1,181.25 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 10/20/2022 | Paul, Andrea | Maintain document control. | CA-Case Administration | 0.30 | $118.50 | VA (segment 1) | 0.15 | $59.25 | Vague fee entry. Does not adequately describe subject of task. Does not adequately describe nature of task. Boilerplate/repeated fee description. (segment 1) |
| 10/21/2022 | Caloway, Mary | Emails re venue motion status. | BL-Bankruptcy Litigation | 0.10 | $119.50 | VA (segment 1) | 0.05 | $59.75 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 10/21/2022 | Paul, Andrea | MAintain document control. | CA-Case Administration | 0.50 | $197.50 | VA (segment 1) | 0.25 | $98.75 | Vague fee entry. Does not adequately describe subject of task. Does not adequately describe nature of task. Boilerplate/repeated fee description. (segment 1) |
| 10/24/2022 | Caloway, Mary | Emails re Committee arguments. | BL-Bankruptcy Litigation | 0.10 | $119.50 | VA (segment 1) | 0.05 | $59.75 | Vague fee entry. Does not adequately describe subject of task. (segment 1) |
| 10/24/2022 | Paul, Andrea | Maintain document control. | CA-Case Administration | 0.40 | $158.00 | VA (segment 1) | 0.20 | $79.00 | Vague fee entry. Does not adequately describe subject of task. Does not adequately describe nature of task. Boilerplate/repeated fee description. (segment 1) |
| 10/25/2022 | Caloway, Mary | Emails regarding appeal issues. | BL-Bankruptcy Litigation | 0.10 | $119.50 | VA (segment 1) | 0.05 | $59.75 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 10/25/2022 | Paul, Andrea | Maintain document control. | CA-Case Administration | 0.40 | $158.00 | VA (segment 1) | 0.20 | $79.00 | Vague fee entry. Does not adequately describe subject of task. Does not adequately describe nature of task. Boilerplate/repeated fee description. (segment 1) |
| 10/26/2022 | Paul, Andrea | Maintain document control. | CA-Case Administration | 0.20 | $79.00 | VA (segment 1) | 0.10 | $39.50 | Vague fee entry. Does not adequately describe subject of task. Does not adequately describe nature of task. Boilerplate/repeated fee description. (segment 1) |
| 10/27/2022 | Paul, Andrea | Maintain document control. | CA-Case Administration | 0.20 | $79.00 | VA (segment 1) | 0.10 | $39.50 | Vague fee entry. Does not adequately describe subject of task. Does not adequately describe nature of task. Boilerplate/repeated fee description. (segment 1) |

| Date | Timekeeper | Narrative | Billing Code | Hours/Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 10/28/2022 | Paul,Andrea | Maintain document control. | CA-Case Administration | 0.10 | $39.50 | VA (segment 1) | 0.05 | $19.75 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task.Boilerplate/repeated fee description. (segment 1) |
| 10/31/2022 | Paul,Andrea | Maintain document control. | CA-Case Administration | 0.40 | $158.00 | VA (segment 1) | 0.20 | $79.00 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task.Boilerplate/repeated fee description. (segment 1) |
| 11/1/2022 | Paul,Andrea | Maintain document control. | CA-Case Administration | 0.30 | $118.50 | VA (segment 1) | 0.15 | $59.25 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task.Boilerplate/repeated fee description. (segment 1) |
| 11/4/2022 | Paul,Andrea | Maintain document control. | CA-Case Administration | 0.30 | $118.50 | VA (segment 1) | 0.15 | $59.25 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task.Boilerplate/repeated fee description. (segment 1) |
| 11/7/2022 | Paul,Andrea | Maintain document control. | CA-Case Administration | 0.20 | $79.00 | VA (segment 1) | 0.10 | $39.50 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task.Boilerplate/repeated fee description. (segment 1) |
| 11/14/2022 | Pachulski,Richard | Conference call re independent director investigation protocol. | BL-Bankruptcy Litigation | 0.40 | $698.00 | VA (segment 1) | 0.20 | $349.00 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 11/17/2022 | Paul,Andrea | Maintain document control. | CA-Case Administration | 0.30 | $118.50 | VA (segment 1) | 0.15 | $59.25 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task.Boilerplate/repeated fee description. (segment 1) |
| 11/18/2022 | Paul,Andrea | Maintain document control. | CA-Case Administration | 0.10 | $39.50 | VA (segment 1) | 0.05 | $19.75 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task.Boilerplate/repeated fee description. (segment 1) |
| 11/21/2022 | Paul,Andrea | Maintain document control. | CA-Case Administration | 0.20 | $79.00 | VA (segment 1) | 0.10 | $39.50 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task.Boilerplate/repeated fee description. (segment 1) |
| 11/22/2022 | Paul,Andrea | Maintain document control. | CA-Case Administration | 0.30 | $118.50 | VA (segment 1) | 0.15 | $59.25 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task.Boilerplate/repeated fee description. (segment 1) |
| 11/28/2022 | Paul,Andrea | Maintain document control. | CA-Case Administration | 0.30 | $118.50 | VA (segment 1) | 0.15 | $59.25 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task.Boilerplate/repeated fee description. (segment 1) |
| 11/29/2022 | Paul,Andrea | Maintain document control. | CA-Case Administration | 0.10 | $39.50 | VA (segment 1) | 0.05 | $19.75 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task.Boilerplate/repeated fee description. (segment 1) |
| 10/5/2022 | Caloway,Mary | Call with D. Forsh regarding adversary action issues (.2); Emails regarding service issues (.2); call with TPC regarding venue motion and procedural issues (.4) | BL-Bankruptcy Litigation | 0.80 | $956.00 | VA (segment 2) | 0.10 | $119.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 2) |
| 10/14/2022 | Caloway,Mary | Revise and finalize supplemental declaration and order approving retention (.5); emails regarding supplemental conflict checks (.2); email to UST re same (.1) | RP-Retention of Prof. | 0.80 | $956.00 | VA (segment 2) | 0.10 | $119.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 2) |
| 10/14/2022 | Caloway,Mary | Revise OCP order per UST comments (.3); emails re same (.1) | RPO-Ret. of Prof./Other | 0.40 | $478.00 | VA (segment 2) | 0.05 | $59.75 | Vague fee entry. Does not adequately describe other parties to communication. (segment 2) |
| | | | | | | | | **$43,538.00** | |