Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, CA 94104
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: ljones@pszjlaw.com
mlitvak@pszjlaw.com

Hamid R. Rafatjoo (CA Bar No. 181564)
RAINES FELDMAN LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: 310.440.4100
Facsimile: 310.691.1367
E-mail: hrafatjoo@raineslaw.com

Co-Counsel for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>MARINER HEALTH CENTRAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 4:22-bk-41079-WJL<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING THE SIXTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**<br><br>[No Hearing Requested] |

The co-counsel for Mariner Health Central, Inc., et al. (the "Debtors"), Pachulski Stang Ziehl & Jones LLP (the "Applicant"), hereby certifies that:

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

1  On March 13, 2023, the Debtors filed the *Sixth Monthly Fee Statement of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of February 1, 2023 through February 28, 2023* [Docket No. 464] (the "Sixth Monthly Fee Statement").

Pursuant to the Sixth Monthly Fee Statement, objections were due no later than April 3, 2023 (the "Objection Deadline").

The Applicant hereby certifies that, as of the Objection Deadline, they have received no answer, objection, or other responsive pleading to the Monthly Fee Statements. The Applicant further certifies that they have caused the review of the Court's docket in this case and no answer, objection, or other responsive pleading to the Monthly Fee Statements appears thereon.

Accordingly, the Debtors shall be authorized and directed to pay the Applicant 80% of the fees and 100% of the expenses.

Dated: April 4, 2023

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Maxim B. Litvak*
Maxim B. Litvak

Co-Counsel for the Debtors and Debtors in Possession