Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, CA 94104
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: ljones@pszjlaw.com
mlitvak@pszjlaw.com

Hamid R. Rafatjoo (CA Bar No. 181564)
RAINES FELDMAN LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: 310.440.4100
Facsimile: 310.691.1367
E-mail: hrafatjoo@raineslaw.com

Co-Counsel for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al.*,[1] | Case No. 4:22-bk-41079-WJL |
| | (Jointly Administered) |
| Debtors. | **CERTIFICATE OF SERVICE** |

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

STATE OF CALIFORNIA     )
                        )
CITY OF SAN FRANCISCO   )

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, Suite 3430, San Francisco, CA 94104.

I caused to be served the following documents in the manner stated below:

- **SEVENTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2023 THROUGH MARCH 31, 2023**

| | |
|---|---|
| ☑ | **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** The foregoing document was served by the court via NEF and hyperlink to the document. On **June 16, 2023**, I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system. |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) On _____, I caused to be served the above-described document by email to the parties indicated below. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on June 16, 2023 at San Francisco, California.

*/s/ Oliver Carpio*
Legal Secretary

# NOTICE OF ELECTRONIC FILING (NEF)

- **Jason Blumberg**     jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- **Manuel A. Boigues**     mboigues@unioncounsel.net
- **Jared A. Day**     jared.a.day@usdoj.gov
- **Jamie L. Edmonson**     jedmonson@rc.com, lshaw@rc.com
- **Stephen D. Finestone**     sfinestone@fhlawllp.com
- **Anjana Gunn**     Anjana.Gunn@doj.ca.gov
- **Shandra Handley**     dat145@co.santa-cruz.ca.us
- **Ori Katz**     okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **Ivo Keller**     ivo@ssllawfirm.com
- **Jeannie Kim**     jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Kurtzman Carson Consultants LLC**     Ecfpleadings@kccllc.com
- **Maxim B. Litvak**     mlitvak@pszjlaw.com, pjeffries@pszyjw.com
- **Brent D. Meyer**     brent@meyerllp.com
- **Andrew A. Moher**     amoher@moherlaw.com, jgarcia@moherlaw.com
- **Joshua D. Morse**     , docket@pillsburylaw.com
- **Joshua D. Morse**     Joshua.Morse@Pillsburylaw.com, docket@pillsburylaw.com
- **Robby Naoufal**     rnaoufal@millerbarondess.com, eperkins@millerbarondess.com
- **Nicholas Nesgos**     nnesgos@pbl.com, Brett.Goodman@afslaw.com
- **Aram Ordubegian**     Ordubegian.Aram@ArentFox.com
- **M. Ryan Pinkston**     rpinkston@seyfarth.com, 5314522420@filings.docketbird.com
- **Hamid R. Rafatjoo**     hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Allison Rego**     arego@btlaw.com, melissa.turpin@btlaw.com
- **Daniel H. Reiss**     dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Elvina Rofael**     elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov
- **Allan D. Sarver**     ADS@asarverlaw.com
- **Mary A. Schmergel**     mary.schmergel@usdoj.gov
- **Summer Shaw**     ss@shaw.law
- **Daniel Spielfogel**     dans@djslaw.com
- **Annie Yang Stoops**     annie.stoops@afslaw.com
- **Claire K. Wu**     claire.wu@pillsburylaw.com, firmwidecalendardocket@pillsburylaw.com