Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, CA 94104
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: ljones@pszjlaw.com
mlitvak@pszjlaw.com

Hamid R. Rafatjoo (CA Bar No. 181564)
RAINES FELDMAN LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: 310.440.4100
Facsimile: 310.691.1367
E-mail: hrafatjoo@raineslaw.com

Co-Counsel for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al.*,[1] | Case No. 4:22-bk-41079-WJL |
| Debtors. | (Jointly Administered) |
| | **NINTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2023 THROUGH MAY 31, 2023** |
| | Judge: Hon. William J. Lafferty III |
| | **Objection Deadline: July 10, 2023** |
| | [No Hearing Requested] |

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective as of September 19, 2022 by Order entered October 24, 2022 [Dkt No. 146] |
| Period for Which Compensation and Reimbursement is Sought: | May 1, 2023 through May 31, 2023[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $3,807.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $    3.00 |

# PRELIMINARY STATEMENT

On September 19, 2022 (the "Petition Date"), the Debtors commenced these chapter 11 cases by filing petitions for relief under chapter 11 of the Bankruptcy Code in the District of Delaware (the "Delaware Bankruptcy Court"). The Debtors are currently Debtors in Possession under Section 1107 and 1108 of the Bankruptcy Code.

On September 21, 2022, the Court entered an order authorizing the joint administration of the Debtors' cases for procedural purposes [Dkt. No. 31].

On October 4, 2022, the Debtors filed an *Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors Effective as of the Petition Date* ("Retention Application") [Dkt. 67]. On October 24, 2022, the Court entered an *Order Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones as Co-Counsel for the Debtors Effective as of the Petition Date* ("Retention Order") [Dkt. 146].

On or about October 3, 2022, the Debtors filed a *Motion for an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 64]. On October 24, 2022, the Court entered an *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* ("Compensation Procedures Order") [Dkt. No. 145].

---

[2] The Applicant reserves the right to include any time expended in the time period indicted above in future application(s) if it is not included therein.

2

On or about October 7, 2022, the Office of the United States Trustee filed its notice of appointment of an Official Committee of Unsecured Creditors [Dkt. No. 83].

On October 25, 2022, the Delaware Bankruptcy Court entered its order granting a motion to transfer venue of these cases to the United States Bankruptcy Court for the Northern District of California, Oakland Division [Dkt. No. 160].

Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or "Applicant"), as co-counsel to the Debtors hereby submits its Ninth Monthly fee statement (the "Monthly Fee Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing May 1, 2023 through May 31, 2023 (the "Fee Period") pursuant to the Compensation Procedures Order[3].

By this Monthly Fee Statement, PSZ&J seeks (i) a monthly interim allowance of compensation in the amount of $3,807.00 and actual and necessary expenses in the amount of **$3.00** for a total allowance of $3,810.00 and (ii) payment of $3,045.60 (80% of the allowed fees pursuant to the Compensation Procedures Order) and reimbursement of **$3.00** (100% of the allowed expenses pursuant to the Compensation Procedures Order) for a total payment of $3,048.60 for the Fee Period.

## SERVICES RENDERED AND DISBURSEMENTS INCURRED DURING THE COMPENSATION PERIOD

Attached as **Exhibit 1** is the name of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Monthly Fee Statement and the hourly rate and total fees for each professional from May 1, 2023 through May 31, 2023.

Attached as **Exhibit 2** is a summary of hours by category during the time period from May 1, 2023 through May 31, 2023.

Attached as **Exhibit 3** is a summary of expenses included in this Monthly Fee Statement from May 1, 2023 through May 31, 2023.

Attached as **Exhibit 4** are the detailed time entries from May 1, 2023 through May 31, 2023.

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Compensation Procedures Order.

# NOTICE AND OBJECTION PROCEDURES

In accordance with the Compensation Procedures Order, each Notice Party will have 21 days after service of this Monthly Fee Statement to review the request (the "Review Period"). If any party wishes to object to this Monthly Fee Statement, the objecting party shall serve a written notice ("Notice of Objection") so that it is received by the end of the Review Period (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement.

If an objection is properly filed, the Debtors shall be authorized and directed to pay the Applicant 80% of the fees and 100% of the expenses not subject to an objection.

Dated: June 19, 2023　　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Maxim B. Litvak*
　　　Maxim B. Litvak

Co-Counsel for the Debtors and Debtors in Possession

# EXHIBIT 1

### COMPENSATION BY PROFESSIONAL
May 1, 2023 through May 31, 2023

| NAME OF PROFESSIONAL INDIVIDUAL | POSITION OF THE APPLICANT, YEAR OF OBTAINING LICENSE TO PRACTICE | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Richard M. Pachulski | Partner 1983; Member of CA Bar since 1979 | $1,895.00 | 1.80 | $3,411.00 |
| Cheryl A. Knotts | Paralegal | $ 495.00 | 0.80 | $ 396.00 |
| **TOTALS** | | | **2.60** | **$3,807.00** |

# EXHIBIT 2

**COMPENSATION BY CATEGORY**
May 1, 2023 through May 31, 2023

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR THIS MONTHLY FEE STATEMENT |
|---|---|---|
| Bankruptcy Litigation | 1.80 | $3,411.00 |
| Compensation Professionals | 0.80 | $ 396.00 |
| **TOTAL** | **2.60** | **$3,807.00** |

# **EXHIBIT 3**

**EXPENSES BY CATEGORY**
May 1, 2023 through May 31, 2023

| COSTS/EXPENSE | AMOUNT BILLED |
|---|---:|
| Pacer – Court Research | $3.00 |
| **TOTAL** | **$ 3.00** |

# **EXHIBIT 4**

**TIME DETAIL ENTRIES**
May 1, 2023 through May 31, 2023

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Hamid Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars, 12th floor
Los Angeles, CA 90067

May 31, 2023
Invoice 132641
Client 54622
Matter 00001
**RMP**

RE: Restructuring

___

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2023**

| | |
|---|---:|
| FEES | $3,807.00 |
| EXPENSES | $3.00 |
| **TOTAL CURRENT CHARGES** | **$3,810.00** |
| **BALANCE FORWARD** | $321,955.77 |
| **TOTAL BALANCE DUE** | $325,765.77 |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| CAK | Knotts, Cheryl A. | Paralegal | 495.00 | 0.80 | $396.00 |
| RMP | Pachulski, Richard M. | Partner | 1895.00 | 1.80 | $3,411.00 |
| | | | | 2.60 | $3,807.00 |

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation [L430] | 1.80 | $3,411.00 |
| CP | Compensation Prof. [B160] | 0.80 | $396.00 |
| | | 2.60 | $3,807.00 |

**Summary of Expenses**

| Description | Amount |
|---|---:|
| Pacer - Court Research | $3.00 |
| | $3.00 |

Pachulski Stang Ziehl & Jones LLP  
Mariner Health Central Inc.  
54622    - 00001  

Page:    5  
Invoice 132641  
May 31, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Bankruptcy Litigation [L430]**

| 05/04/2023 | RMP | BL | Telephone conference with C Barbarosh re settlement issues. | 0.40 | 1895.00 | $758.00 |
| 05/05/2023 | RMP | BL | Prepare for and participate on settlement call and follow-up with C Barbarosh re same. | 1.40 | 1895.00 | $2,653.00 |
|  |  |  |  | **1.80** |  | **$3,411.00** |

**Compensation Prof. [B160]**

| 05/03/2023 | CAK | CP | Review and update 2nd Interim Fee Application and prepare exhibits to same. | 0.80 | 495.00 | $396.00 |
|  |  |  |  | **0.80** |  | **$396.00** |

**TOTAL SERVICES FOR THIS MATTER:**     **$3,807.00**

## Expenses

| | | | | |
|---|---|---|---|---|
| 05/31/2023 | PAC | Pacer - Court Research | | 3.00 |

**Total Expenses for this Matter** **$3.00**

## REMITTANCE ADVICE

Please include this Remittance with your payment

**For current services rendered through:** 05/31/2023

| | |
|---|---:|
| **Total Fees** | $3,807.00 |
| **Total Expenses** | 3.00 |
| **Total Due on Current Invoice** | $3,810.00 |

**Outstanding Balance from prior invoices as of** 05/31/2023  (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---:|---:|---:|
| 131637 | 10/31/2022 | $244,331.00 | $3,738.96 | $207,277.96 |
| 131642 | 11/30/2022 | $27,299.00 | $3.60 | $27,183.10 |
| 131643 | 12/31/2022 | $4,751.00 | $2.60 | $4,753.60 |
| 131876 | 01/31/2023 | $8,564.00 | $952.56 | $9,516.56 |
| 131965 | 03/13/2023 | $11,651.50 | $23.90 | $11,675.40 |
| 132603 | 03/31/2023 | $45,773.50 | $1,209.35 | $46,982.85 |
| 132640 | 04/30/2023 | $14,561.50 | $4.80 | $14,566.30 |

**Total Amount Due on Current and Prior Invoices:** $325,765.77