Maxim B. Litvak (SBN 215852)
**PACHULSKI STANG ZIEHL & JONES LLP**
One Sansome Street, Suite 3430
San Francisco, CA 94104
Telephone: 415.263.7000
Email: mlitvak@pszjlaw.com

Hamid R. Rafatjoo (SBN 181564)
**RAINES FELDMAN LITTRELL LLP**
1900 Avenue of the Stars, 19th Floor
Los Angeles, CA 90067
Telephone: 310.440.4100
Email: hrafatjoo@raineslaw.com

Carollynn H.G. Callari (*pro hac vice*)
David S. Forsh (*pro hac vice*)
**RAINES FELDMAN LITTRELL LLP**
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019
Telephone: 917.790.7100
Email: ccallari@raineslaw.com
      dforsh@raineslaw.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>MARINER HEALTH CENTRAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 4:22-bk-41079-WJL<br>(Jointly Administered)<br><br>**NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION [Dkt. 881]** |

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

**TO ALL CREDITORS AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** on December 14, 2023, the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**") entered an order [ECF No. 885] (the "**Confirmation Order**") confirming the *Debtors' First Amended Joint Plan of Reorganization* [ECF Dkt. 881] (the "**Plan**").[2]

**PLEASE TAKE FURTHER NOTICE** that the conditions set forth in Article IX of the Plan have been satisfied or waived in accordance with the Plan, and the Effective Date of the Plan occurred on December 27, 2023.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan and related documents are available for a fee from the Bankruptcy Court's website at http://www.canb.uscourts.gov with a PACER password and login, which can be obtained at http://www.pacer.psc.uscourts.gov. Copies of the Confirmation Order, the Plan and related documents may also be obtained free of charge by visiting the website maintained by the Debtors' claims agent at https://www.kccllc.net/MarinerHealthCentral.

Dated: December 29, 2023         **RAINES FELDMAN LITTRELL LLP**

/s/ Hamid R. Rafatjoo
Hamid R. Rafatjoo
Carollynn H.G. Callari (*pro hac vice*)
David S. Forsh (*pro hac vice*)

**PACHULSKI STANG ZIEHL & JONES LLP**
Maxim B. Litvak

*Counsel for the Debtors and Debtors in Possession*

---

[2] Capitalized terms used in this notice and not otherwise defined herein have the meaning ascribed to such terms in the Plan.