Richard M. Pachulski (CA Bar No. 90073)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, CA 94104
Telephone: 415.263.7000
Facsimile: 415.263.7010
San Francisco, California 94104-4436
E-mail: rpachulski@pszjlaw.com
mlitvak@pszjlaw.com

Co-Counsel for Debtors
and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>MARINER HEALTH CENTRAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 4:22-bk-41079-WJL<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

| | |
|---|---|
| 1 | STATE OF CALIFORNIA )|
| | )|
| 2 | CITY OF SAN FRANCISCO )|

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, Suite 3430, San Francisco, CA 94104.

On January 26, 2024, I caused to be served the following documents in the manner stated below:

- **FINAL FEE APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 19, 2022 THROUGH DECEMBER 27, 2023, INCLUDING THE FIFTH INTERIM FEE PERIOD OF SEPTEMBER 1, 2023 THROUGH DECEMBER 27, 2023**

| | |
|---|---|
| ☑ | **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document was served by the court via NEF and hyperlink to the document. On **January 26, 2024**, I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system. |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) On _____, I caused to be served the above-described document by email to the parties indicated below. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January 26, 2024 at San Francisco, California.

                                                                 */s/ Oliver Carpio*
                                                                  Legal Secretary

# NOTICE OF ELECTRONIC FILING (NEF)

- Sophia Achermann     sophia@thefafirm.com
- Jason Blumberg     jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Manuel A. Boigues     mboigues@unioncounsel.net
- Dmitriy Cherepinskiy     dc@clawfirmpc.com
- Jared A. Day     jared.a.day@usdoj.gov
- Jamie L. Edmonson     jedmonson@rc.com, lshaw@rc.com
- Kimberly S. Fineman     kfineman@fhlawllp.com
- Stephen D. Finestone     sfinestone@fhlawllp.com
- David S Forsh     dforsh@raineslaw.com
- Anjana Gunn     Anjana.Gunn@doj.ca.gov
- Shandra Handley     dat145@co.santa-cruz.ca.us
- Ori Katz     okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- Samuel M. Kidder     skidder@ktbslaw.com
- Jeannie Kim     jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- Kurtzman Carson Consultants LLC     Ecfpleadings@kccllc.com
- Maxim B. Litvak     mlitvak@pszjlaw.com, pjeffries@pszyjw.com
- Brent D. Meyer     brent@meyerllp.com
- Andrew A. Moher     amoher@moherlaw.com, jgarcia@moherlaw.com
- Joshua D. Morse     , docket@pillsburylaw.com
- Joshua D. Morse     Joshua.Morse@Pillsburylaw.com, docket@pillsburylaw.com
- Robby Naoufal     rnaoufal@millerbarondess.com, eperkins@millerbarondess.com
- Nicholas Nesgos     nnesgos@pbl.com, Brett.Goodman@afslaw.com
- Aram Ordubegian     Ordubegian.Aram@ArentFox.com
- Robert J. Pfister     rpfister@pslawllp.com
- M. Ryan Pinkston     rpinkston@seyfarth.com, 5314522420@filings.docketbird.com
- Hamid R. Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Allison Rego     arego@btlaw.com, melissa.turpin@btlaw.com
- Daniel H. Reiss     dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- Elvina Rofael     elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov
- Allan D. Sarver     ADS@asarverlaw.com
- Mary A. Schmergel     mary.schmergel@usdoj.gov
- Summer Shaw     ss@shaw.law
- Daniel Spielfogel     dans@djslaw.com
- Annie Yang Stoops     annie.stoops@afslaw.com
- Claire K. Wu     claire.wu@pillsburylaw.com, firmwidecalendardocket@pillsburylaw.com